# TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Case Number: **02-12152**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2545
Case Type: Appeal **- AP-05-31**

### Order, Date Entered and Issues
Order Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims. (related document(s)5264 ) Order Signed on 12/6/2004.

Order (AMENDED) Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims. (related document(s)5264, 5315 ) Order Signed on 12/15/2004.

| | |
|---|---|
| **Debtor:** | BRAC Group, Inc. |
| **Counsel:** | **Sean Beach** |
| | Young, Conaway, Stargatt & Taylor |
| | 1000 West Street |
| | 17th Floor |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 571-6600** |

| | |
|---|---|
| **Appellant(s):** | Michael Belgrave |
| **Counsel:** | **Pro Se** |
| | 311 Taft Avenue |
| | Cleveland, TX 77327 |
| **Telephone:** | **(281) 592-4892** |

| | |
|---|---|
| **Appellees:** | Plan Administrator for BRAC |
| **Counsel:** | **Gregory Taylor** |
| | Ashby & Geddes, P.A. |
| | 222 Delaware Avenue |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 654-1888** |

******** Appellee did not submit the $255.00 fee for filing appeal*******