IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.),<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 02-12152 (RB)<br><br>RE: D.I. 5315, 5332, 5325, 5480 |

## COUNTER-DESIGNATION OF ITEMS FOR RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellee, Walker Truesdell and Associates in its capacity as the Plan Administrator, by and through its undersigned counsel, files this counter-designation of additional items for inclusion in the record with respect to the appeal of the Amended Order Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 dated Dec. 16, 2004 (D.I. 5332), filed by Michael Belgrave on or about April 25, 2005 in the United States Court of Appeals for the Third Circuit and subsequently forwarded to the United States District Court for the District of Delaware on May 4, 2005. As required under Del.Bankr.L.R. 8006-1, a copy of each additional item designated below has been served upon the parties to the appeal and the Clerk.

### Additional Items for Inclusion in the Record on Appeal

| Item No. | Filed Date | Docket No. | Description |
|---|---|---|---|
| 1. | 7/29/2002 | 1 | Chapter 11 Voluntary Petition |
| 2. | 2/24/2003 | 2624 | Bar Date Order |
| 3. | 3/17/2004 | 3896 | Debtors' Second Amended Chapter 11 Plan |
| 4. | 3/17/2004 | 3901 | Notice of (1) Approval of Disclosure Statement, (2) Hearing to Consider Confirmation of Debtors' Joint Plan Under Chapter 11 of the Bankruptcy Code and (3) Deadline to File Objections to Confirmation of the Plan |
| 5. | 4/23/2004 | 4068 | Order Confirming Debtors' Second Amended Joint Chapter 11 Liquidating Plan |

| Item No. | Filed Date | Docket No. | Description |
|---|---|---|---|
| 6. | 4/30/2004 | 4108 | Notice of (i) Entry of Order Confirming the Second Amended Joint Chapter 11 Liquidating Plan of BRAC Group, Inc. and its Debtor Subsidiaries and (ii) the Bar Date for Administrative Claims |
| 7. | 11/4/2004 | 5264 | Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 Filed by Plan Administrator |
| 8. | 11/17/2004 | 5283 | Response to Eighteenth Omnibus (Non-Substantive) Objection to Claims, Filed by Michael Belgrave |
| 9. | 11/24/2004 | 5292 | Notice of Agenda of Matters Scheduled for Hearing Filed by Plan Administrator Hearing scheduled for 12/7/2004 at 10:30 AM |
| 10. | 12/3/2004 | 5304 | Amended Notice of Agenda of Matters Scheduled for Hearing on Tuesday, December 7, 2004 at 10:30 a.m., Filed by Plan Administrator |
| 11. | 12/7/2004 | 5315 | Order Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 |
| 12. | 12/10/2004 | 5325 | Certification of Counsel Regarding Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 |
| 13. | 12/16/2004 | 5332 | Amended Order Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 |
| 14. | 12/23/2004 | 5339 | Objection to Order & Amended Order Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, Filed by Michael Belgrave |

| Item No. | Filed Date | Docket No. | Description |
|---|---|---|---|
| 15. | 4/25/2005 | 5480 | Michael Belgrave's Notice of Appeal |

ASHBY & GEDDES, P.A.

*/s/ William P. Bowden*

William P. Bowden (ID #2553)
Gregory A. Taylor (ID #4008)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

-and-

BROWN RUDNICK BERLACK ISRAELS LLP
Peter J. Antoszyk
Daniel J. Saval
One Financial Center
Boston, MA 02111
(617) 856-8200

*Counsel to the Plan Administrator*

Dated: May 16, 2005
157219.1

3