## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------X

| In re:<br><br>BRAC GROUP, INC.<br>(f/k/a BUDGET GROUP, Inc.) (02-12152), | | : :  : : : : : : : : : : : : : : : : : : : : : : | Chapter 11<br>Case No 02-12152 (CGC)<br>Jointly Administered |
|---|---|---|---|
| Auto Rental Systems, Inc (02-12153),<br>BGI Airport Parking, Inc (02-12154),<br>BGI Shared Services, Inc (02-12155),<br>BGI Shared Services, LLC (02-12156),<br>BRAC Credit Corporation (02-12157),<br>BRAC Car Sales, Inc (f/k/a Budget Car Sales, Inc ) (02-12158),<br>BRAC Fleet Finance Corporation (f/k/a Budget Fleet Finance Corporation) (02-12159),<br>BRAC Rent A Car Asia-Pacific, Inc (f/k/a Budget Rent A Car Asia-Pacific, Inc ) (02-12160),<br>BRAC Rent a Car Caribe Corporation (f/k/a Budget Rent A Car Caribe Corporation) (02-12161),<br>BRAC Rent A Car Corporation (f/k/a Budget Rent A Car Corporation) (02-12162),<br>BRAC Rent-A-Car International, Inc. (f/k/a Budget Rent-A-Car International, Inc ) (02-12163),<br>BRAC Rent A Car of Japan, Inc (f/k/a Budget Rent A Car of Japan, Inc ) (02-12164),<br>BRAC Rent A Car of St Louis, Inc (f/k/a Budget Rent A Car of St Louis, Inc.) (02-12165),<br>BRAC Rent-A-Car of the Midwest, Inc (f/k/a Budget Rent-A-Car of the Midwest, Inc.) (02-12166),<br>BRAC Rent-A-Car Systems, Inc (f/k/a Budget Rent-A-Car Systems, Inc ) (02-12167),<br>BRAC Sales Corporation (f/k/a Budget Sales Corporation) (02-12168),<br>BRAC Storage Corporation (f/k/a Budget Storage Corporation) (02-12169),<br>BRAT Move Management, Inc (f/k/a Ryder Move Management, Inc ) (02-12183),<br>BRAT Relocation Services, Inc (f/k/a Ryder Relocation Services, Inc.) (02-12184), | BRAT TRS, Inc (f/k/a Ryder TRS, Inc ) (02-12185),<br>BVM, Inc (02-12170),<br>Carson Chrysler Plymouth Dodge Jeep Eagle, Inc (02-12171),<br>Control Risk Corporation (02-12172),<br>Dayton Auto Lease Company, Inc (02-12173),<br>Directors Row Management Company, LLC (02-12174),<br>IN Motors VI, LLC (02-12175),<br>Mastering the Move Realty, Inc (02-12176),<br>Mosiant Car Sales, Inc (02-12177),<br>NYRAC Inc (02-12178),<br>Paul West Ford, Inc (02-12179),<br>Philips Jacobs Insurance Agency, Inc (02-12180),<br>Premier Car Rental LLC (02-12181),<br>Reservation Services, Inc (02-12182),<br>TCS Properties, LLC (02-12186),<br>Team Car Sales of Charlotte, Inc (02-12187),<br>Team Car Sales of Dayton, Inc (02-12188),<br>Team Car Sales of Philadelphia, Inc (02-12189),<br>Team Car Sales of Richmond, Inc (02-12190),<br>Team Car Sales of San Diego, Inc (02-12191),<br>Team Car Sales of Southern California, Inc (02-12192),<br>Team Fleet Services Corporation (02-12193),<br>Team Holdings Corp. (02-12194),<br>Team Realty Services, Inc (02-12195),<br>The Move Shop, Inc (02-12196),<br>Transportation And Storage Associates (02-12197),<br>ValCar Rental Car Sales, Inc (02-12198),<br>Vehicle Rental Access Company, LLC (02-12199), and<br>Warren Wooten Ford, Inc (02-12200),<br><br>Debtors | | |

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE SECOND AMENDED JOINT CHAPTER 11 LIQUIDATING PLAN OF BRAC GROUP, INC. AND ITS DEBTOR SUBSIDIARIES AND (II) BAR DATE FOR ADMINISTRATIVE CLAIMS

PLEASE TAKE NOTICE that on April 23, 2004 (the "Confirmation Date"), an order (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Liquidating Plan of BRAC Group, Inc. and its Debtor Subsidiaries*, dated February 3, 2004 (as amended or modified, the "Plan"), signed by the

Honorable Charles G. Case, II, was entered and duly docketed by the Office of the Clerk of the United States Bankruptcy Court for the District Court for the District of Delaware (the "Bankruptcy Court") in the above captioned cases of BRAC Group, Inc (f/k/a Budget Group, Inc) and its affiliated Debtor subsidiaries (collectively, the "Debtors"). The Confirmation Order is on file with the Clerk of the Bankruptcy Court and may be inspected during normal business hours at the Office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. Copies of the Confirmation Order can also be found at Docket No. 4068 and obtained from the Bankruptcy Court's website at www.deb.courts.gov or by contacting the undersigned counsel to the Debtors. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

## BAR DATE FOR ADMINISTRATIVE CLAIMS

PLEASE TAKE FURTHER NOTICE that requests for payment of Administrative Claims, including Claims of governmental units for taxes (including tax audit Claims related to tax years commencing after July 29, 2002 (the "Petition Date"), but excluding Claims relating to tax periods or portions thereof, ending on or before the Petition Date), against any of the Debtors other than BRACII (such Debtors, collectively, the "U.S. Debtor Group"), except for Professional Fee Claims (discussed below) not paid prior to the Confirmation Date must file requests for payment of Administrative Claims with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on (i) counsel to the Debtors, (a) Sidley Austin Brown & Wood LLP, Bank One Plaza, 10 South Dearborn Street, Chicago, Illinois 60603, Attn: Larry J. Nyhan and (b) Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P O Box 391, Wilmington, Delaware 19899-0391, Attn: Robert S. Brady; (ii) counsel to Reorganized BGI, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston Massachusetts 02111, Attn: Peter J. Antoszyk; and (iii) the Plan Administrator, Walker, Truesdell & Associates, Inc., 380 Lexington Avenue, Suite 1514, New York, New York 10168, Attn: Hobart Truesdell **so as to be received on or before 4:00 p.m. EST on June 7, 2004**. ANY ENTITY THAT IS REQUIRED TO FILE AND SERVE SUCH A REQUEST FOR PAYMENT AND FAILS TO TIMELY FILE AND SERVE SUCH REQUEST, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM OR PARTICIPATING IN DISTRIBUTIONS UNDER THE PLAN ON ACCOUNT THEREOF

## BAR DATE FOR REJECTION DAMAGE CLAIMS

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan and the Confirmation Order, each executory contract and unexpired lease entered into by any of the Debtors prior to July 29, 2002 (the "Petition Date") shall be rejected pursuant to section 365 of the Bankruptcy Code, except for any executory contract or unexpired lease that (i) previously has been assumed or rejected by order of the Bankruptcy Court or (ii) is listed on the schedule of assumed contracts annexed as Exhibit C to the Plan Supplement as amended from time to time. Any Claim for damages arising from the rejection of any such executory contract or unexpired lease must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on (i) counsel to Reorganized BGI, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, Massachusetts 02111, Attn: Peter J. Antoszyk and (ii) counsel to Reorganized BRACII, Richards, Layton & Finger, P.A., One Rodney Square, P O Box 551, Wilmington, Delaware 19899, Attn: Mark D. Collins, **so as to be received no later than thirty (30) days after service of this Notice**. ANY ENTITY THAT IS REQUIRED TO FILE AND SERVE SUCH A REQUEST FOR

2

PAYMENT AND FAILS TO TIMELY FILE AND SERVE SUCH REQUEST, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM OR PARTICIPATING IN DISTRIBUTIONS UNDER THE PLAN ON ACCOUNT THEREOF

### BAR DATE FOR PROFESSIONAL FEE CLAIMS

PLEASE TAKE FURTHER NOTICE that all Professionals or other persons requesting compensation or reimbursement pursuant to sections 327, 328, 330, 331, 503(b) and 1103 of the Bankruptcy Code for services rendered to the Debtors prior to the Effective Date (including requests under section 503(b)(4) of the Bankruptcy Code by any Professional or other entity for making a substantial contribution in these Chapter 11 Cases) shall file an application for final allowance of such compensation and reimbursement with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on (i) counsel to Reorganized BGI, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, Massachusetts 02111, Attn: Peter J Antoszyk (ii) counsel to Reorganized BRACII, Richards, Layton & Finger, P A , One Rodney Square, P O Box 551, Wilmington, Delaware 19899, Attn: Mark D Collins, and (iii) the Office of the United States Trustee, 844 King St., Suite 2207, Wilmington, DE 19801, Attn: Margaret Harrison, **so as to be received no later than 60 days after the Effective Date**  The Debtors currently anticipate that the Effective Date will be May 3, 2004  ANY ENTITY THAT IS REQUIRED TO FILE AND SERVE SUCH A REQUEST FOR PAYMENT AND FAILS TO TIMELY FILE AND SERVE SUCH REQUEST, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM OR PARTICIPATING IN DISTRIBUTIONS UNDER THE PLAN ON ACCOUNT THEREOF

PLEASE TAKE FURTHER NOTICE that service of this Notice of Confirmation constitutes good and sufficient notice pursuant to Bankruptcy Rules 2002 and 3020 of entry of the Confirmation Order confirming the Plan and of the other relief granted in the Confirmation Order, and no other or further notice need be given

**PLEASE TAKE FURTHER NOTICE THAT THE PLAN AND CONFIRMATION ORDER CONTAIN PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO REVIEW THE PLAN AND CONFIRMATION ORDER IN THEIR ENTIRETY.**

Dated: April 30, 2004

| | | |
|---|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>       /s/ Matthew B. Lunn      <br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Joseph A. Malfitano (No. 4020)<br>Matthew B. Lunn (No. 4119)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Tel: (302) 571-6600<br>Facsimile: (302) 571-1253 | & | SIDLEY AUSTIN BROWN & WOOD LLP<br>Larry J. Nyhan<br>James F. Conlan<br>Matthew A. Clemente<br>Dennis M. Twomey<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Attorneys for Debtors and Debtors in Possession |

4