# **<u>EXHIBIT B</u>**

**BRAC Group, Inc. f/k/a Budget Group, Inc., et al.**
Case No. 02-12152

## No Documentation Claims to be Disallowed and Expunged
### Exhibit B - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 5061051<br>ANYAKWO, VICTOR<br>C/O MICHAEL SMITH<br>21515 HAWTHORNE BLVD., STE. 590<br>TORRANCE, CA 90503 | 00004196 | 02-12162 | 04/29/2003 | $1,000,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5772546<br>BELGRAVE, MICHAEL<br>311 TAFT AVE.<br>CLEVELAND, TX 77327 | 00005293 | 02-12152 | 06/10/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5061050<br>COX, MICHELLE<br>C/O MICHAEL SMITH<br>21515 HAWTHORNE BLVD., STE. 590<br>TORRANCE, CA 90503 | 00004195 | 02-12167 | 04/29/2003 | $1,000,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5312089<br>MCCOY, GERINA<br>3160 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| **TOTALS:** | **4** | | | **$2,140,000.00** | | |

- END OF NODOC EXHIBIT -

PAGE 1 OF 1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group 4 Griffin Road North, Windsor, CT 06095    860-687-7596    version_01