IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRAC GROUP, INC.<br>(f/k/a Budget Group, Inc.),<br><br>　　　　　Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 02-12152 (JLP)<br><br>**Related Docket Nos. 5264 and 5315** |

**CERTIFICATION OF COUNSEL REGARDING THE
EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

I, Gregory A. Taylor, hereby certify the following:

1.　　I am an attorney with Ashby & Geddes, P.A., Delaware Counsel to Walker, Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator"), with respect to the above-captioned case.

2.　　On November 4, 2004, the Plan Administrator filed and served the Eighteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 5264] (the "Eighteenth Omnibus Objection"). Schedules of the claims subject to objection via the Eighteenth Omnibus Objection were attached to the Eighteenth Omnibus Objection as Exhibits A and B (the "Eighteenth Omnibus Objection Exhibits").

3.　　On December 7, 2004, the Court convened a hearing and subsequently entered an Order approving the Eighteenth Omnibus Objection [Docket No. 5315] (the "Eighteenth

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

Omnibus Order"). Following entry of the Eighteenth Omnibus Order, the Plan Administrator discovered that the Eighteenth Omnibus Order incorrectly references the Exhibits attached thereto.

4. Specifically, the Eighteenth Omnibus Objection Proposed Order refers to the claims identified on Exhibit A attached to the Order as "No Documentation Claims to be Disallowed and Expunged," when in fact such claims are identified on Exhibit A as "Late Filed Claims to be Disallowed and Expunged," and, conversely, the Order refers to the claims identified on Exhibit B attached to the Order as "Late Filed Claims to be Disallowed and Expunged," when in fact such claims are identified on Exhibit B as "No Documentation Claims to be Disallowed and Expunged."

5. Thus, in order to correct the record, the undersigned counsel to the Plan Administrator hereby submits the form of Amended Order approving the Eighteenth Omnibus Objection attached hereto as Exhibit 1, which correctly references the claims identified on the Eighteenth Omnibus Objection Exhibits. Accordingly, the undersigned respectfully requests entry of the Amended Order attached hereto as Exhibit 1 at the Court's earliest convenience.

Dated: December 10, 2004

                                            ASHBY & GEDDES, P.A.

                                            /s/ Gregory A. Taylor
                                            William P. Bowden (I.D. #2553)
                                            Gregory A. Taylor (I.D. #4008)
                                            222 Delaware Avenue, 17th Floor
                                            P.O. Box 1150
                                            Wilmington, DE  19899
                                            (302) 654-1888

*-and-*

BROWN RUDNICK BERLACK
ISRAELS LLP
Peter J. Antoszyk, Esq.
Daniel J. Saval, Esq.
One Financial Center
Boston, MA  02111
(617) 856-8200

Counsel to the Plan Administrator

151054.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRAC GROUP, INC.<br>(f/k/a Budget Group, Inc.),<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 02-12152 (JLP)<br><br>**Related Docket Nos. 5264 and 5315** |

**AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection");[2] by which the Plan Administrator requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibits A and B attached to the Objection; and after hearing and consideration of the Objection and arguments contained therein, and the opposition thereto, if any; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to Article XI of the Plan, 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Objection was due and proper under the circumstances; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Objection is sustained as provided herein; and it is further

ORDERED, that the Late Filed Claims identified as "Late Filed Claims to be Disallowed and Expunged" on Exhibit A attached hereto are disallowed in full and expunged in their

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objection.

entirety; and it is further

ORDERED, that the No Documentation Claims identified as "No Documentation Claims to be Disallowed and Expunged" on <u>Exhibit B</u> attached hereto are disallowed in full and expunged in their entirety; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation or interpretation of this Order.


Dated: December ____, 2004
       Wilmington, Delaware
                                                       Honorable John L. Peterson
                                                       United States Bankruptcy Judge

#1308690 v\1
151055.1

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## Late Filed Claims to be Disallowed and Expunged
## Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6108825<br>COMANS, JAMES<br>C/O WALTZER & ASSOCIATES<br>BRUCE C. WALTZER<br>3715 WESTBANK EXP.<br>SUITE 13<br>HARVEY, LA 70058 | 00005233 | 02-12152 | 05/20/2004 | $10,000.00 | U | The proof of claim was filed after the Bar Date. |
| 6112997<br>DOTTERY, LARRY II<br>C/O MARC MENDELSON, ESQ.<br>RITA KOSTOPOULOS, ESQ.<br>19080 WEST TEN MILE ROAD<br>SOUTHFIELD, MI 48075 | 00005238 | 02-12152 | 05/27/2004 | $150,000.00 | U | The proof of claim was filed after the Bar Date. |
| 5312089<br>MCCOY, GERINA<br>3160 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The proof of claim was filed after the Bar Date. |

PAGE 1 OF 2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095      860-687-7596      version_01

**BRAC Group, Inc. f/k/a Budget Group, Inc., et al.**
Case No. 02-12152

## Late Filed Claims to be Disallowed and Expunged
### Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6160725<br>MILILANI BACK CARE CENTER, INC.<br>TED CHUN, D.C., CHIROPRACTOR<br>95-720 LANIKUHANA AVE.<br>MILILANI, HI 96789 | 00005312 | 02-12152 | 06/21/2004 | $305.71 | U | The proof of claim was filed after the Bar Date. |
| 5983928<br>MOORE, MICHELLE & KEITH<br>C/O WILLIAM W. PRICE, P.A., ATTORNEY A<br>NEIL P. ANTHONY<br>320 FERN STREET<br>WEST PALM BEACH, FL 33401 | 00005209 | 02-12152 | 03/11/2004 | $1,000,000.00 | U | The proof of claim was filed after the Bar Date. |
| **TOTALS:** | 5 | | | **$1,230,305.71** | | |

- END OF LATE EXHIBIT -

PAGE 2 OF 2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095        860-687-7596        version_01

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## No Documentation Claims to be Disallowed and Expunged
### Exhibit B - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 5772546<br>BELGRAVE, MICHAEL<br>311 TAFT AVE.<br>CLEVELAND, TX 77327 | 00005293 | 02-12152 | 06/10/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5312089<br>MCCOY, GERINA<br>3160 VIRGINIA DOWNS APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| TOTALS: | 2 | | | $140,000.00 | | |

- END OF NODOC EXHIBIT -

PAGE 1 OF 1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group 4 Griffin Road North, Windsor, CT 06095    800-687-7580

## **CERTIFICATE OF SERVICE**

I, Gregory A. Taylor, hereby certify that, on the 10th day of December 2004, I caused a true and correct copy of the *Certification of Counsel Regarding the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated:

Gregory A. Taylor (I.D. #4008)

120926v2

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List for 18th Omn. Cl. Obj.
149640.1

**HAND DELIVERY**
Robert S. Brady, Esq.
Joseph A Malfitano, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899
*Counsel to the Debtors*

Lawrence J. Nyhan, Esq
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago IL 60603
*Debtor in Possession*

Shmuel Vasser, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
*Budget Rent A Car System*

Budget Group, Inc.
Attn: David Coonfield
125 Basin Street, Suite 210
Daytona Beach, FL 32114
*Debtor*

Edward H. Arnold, III, Esq.
Seth A. Levine, Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
*New Orleans International Airport*

John A. Anthony, Esq.
GRAYROBINSON, P.A.
P.O. Box 3324
Tampa, Florida 33601
*Eckerd Corporation*

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

**HAND DELIVERY**
Margaret Harrison, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
*Trustee*

Budget Group, Inc.
Attn: Bill Johnson, CFO
4225 Naperville Road
Lisle, IL 60532
*Debtor*

**HAND DELIVERY**
Mark D. Collins
Richard Layton & Finger
One Rodney Square
Wilmington, DE 19801
*UK Plan Administrator*

**HAND DELIVERY**
Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
*Budget Rent A Car System*

James Comans
C/o Waltzer & Associates
Bruce C. Waltzer
3715 Westbank Exp.; Ste. 13
Harvey, LA 70058

**HAND DELIVERY**
Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street, Suite 1501
P.O. Box 1347
Wilmington, Delaware 19899-1347

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List for 18th Omn. Cl. Obj.
149640.1

Larry Dottery, II
c/o Marc Mendelson, Esq.
Rita Kostopoulos, Esq.
19080 West Ten Mile Road
Southfield, MI 48075

Carroll Dunaway
c/o Herald Moore & Willett PLLC
1901 Central Drive; Ste. 610
Bedford, TX 76021

Grace Dunaway
28700 Waikiki Ln.
Montgomery, TX 77356

Demetria Lincoln
4410 Fanconia Dr.
Apt. A
Montgomery, AL 36116

Mililani Back Care Center, Inc.
Ted Chun, D.C., Chiropractor
95-720 Lanikuhana Ave.
Mililani, HI 96789

Michelle & Keith Moore
c/o William W. Price, PA
Neil P. Anthony
320 Fern St.
West Palm Beach, FL 33401

Victor Anyakwo
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Michael Belgrave
311 Taft Ave.
Cleveland, TX 77327

Michelle Cox
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Gerina McCoy
3160 Virginia Downs
Apt. A
Montgomery, AL 36116