IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

RECEIVED / FILED
DEC 23 2004
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
BRAC GROUP, INC. (f/k/a Budget Group, Inc.),  
    Reorganized Debtor.

Chapter 11  
Case No. 02-12152 (JLP)

**OBJECTION TO ORDER and AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection") by which the Plan Administrator (William P. Bowden I.D.#2553 and Gregory A. Taylor, I.D.#4008) requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibit A (identified as "No Documentation Claims to be Disallowed and Expunged") and Exhibit B (identified as "Late Filed Claims to be Disallowed and Expunged") were attached to the order (**Docket Number 5315 filed 12/6/04**).

I, Michael Belgrave (the "Claimant"), hereby attest the following:

1. I am a claimant in the BRAC GROUP, INC. (f/k/a Budget Group, Inc.) bankruptcy proceeding, where Ashby & Geddes, P.A., Delaware Counsel to Walker, Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator"), with respect to the above captioned case.

2. On November 17, 2004, the Claimant **filed and served the response (Docket Number 5283)** along with **evidence of documentation listed on Docket Number 5292 11/24/04 and amended Docket Number 5304 12/3/04**.

3. The Plan Administrator filed **Docket Number 5315 12/6/04 (Approval of Eighteenth Omnibus Objection) which predates hearing yet is endorsed by Honorable John L. Peterson, Bankruptcy Judge and is referenced as 12/7/04 on item 3 of Docket Number 5325 (Amended Order) which no endorsement appears**.

4. Specifically, the signed order being invalid corrupts the Eighteenth Omnibus Objection and should be excluded from the plan. The amended order was **filed (3) days** after the court hearing which negates the purpose of the Eighteenth Omnibus Objection and should be hereby excluded from the plan.

5. Thus, in order to correct the record, I pray the court dismiss in full the Eighteenth Omnibus Objection, whereas the undersigned counsel to the Plan Administrator should honor my claim at the Court's earliest convenience.

Dated December 15, 2004

MICHAEL BELGRAVE