IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRAC GROUP, INC.<br>(f/k/a Budget Group, Inc.),<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 02-12152 (JLP)<br><br>Related Docket Nos. 5264 and 5315 |

### AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection");[2] by which the Plan Administrator requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibits A and B attached to the Objection; and after hearing and consideration of the Objection and arguments contained therein, and the opposition thereto, if any; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to Article XI of the Plan, 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Objection was due and proper under the circumstances; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Objection is sustained as provided herein; and it is further

ORDERED, that the Late Filed Claims identified as "Late Filed Claims to be Disallowed and Expunged" on Exhibit A attached hereto are disallowed in full and expunged in their

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objection.

DKT. NO. 5330

DT. FILED 12-16-04

entirety; and it is further

ORDERED, that the No Documentation Claims identified as "No Documentation Claims to be Disallowed and Expunged" on <u>Exhibit B</u> attached hereto are disallowed in full and expunged in their entirety; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation or interpretation of this Order.

Dated: December 15, 2004
Wilmington, Delaware

_____
Honorable John L. Peterson
United States Bankruptcy Judge

#1308690 v\1
151055.1

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## Late Filed Claims to be Disallowed and Expunged
### Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6106825<br>COWANS, JAMES<br>C/O WALTZER & ASSOCIATES<br>BRUCE C. WALTZER<br>3715 WESTBANK EXP.<br>SUITE 13<br>HARVEY, LA 70058 | 00005233 | 02-12152 | 05/20/2004 | $10,000.00 | U | The proof of claim was filed after the Bar Date. |
| 6112897<br>DOTTERY, LARRY H<br>C/O MARC MENDELSON, ESQ.<br>RITA KOSTOPOULOS, ESQ.<br>19080 WEST TEN MILE ROAD<br>SOUTHFIELD, MI 48075 | 00005238 | 02-12152 | 05/27/2004 | $150,000.00 | U | The proof of claim was filed after the Bar Date. |
| 5312058<br>MCCOY, GERINA<br>3180 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12157 | 05/28/2003 | $70,000.00 | U | The proof of claim was filed after the Bar Date. |

PAGE 1 OF 2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095   866-667-7596

version_01

BRAC Group, Inc., fka Budget Group, Inc., et al.
Case No. 02-12152

## Late Filed Claims to be Disallowed and Expunged
### Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 8160725<br>WILLIAM BACK CARE CENTER, INC.<br>TED CHUN, D.C., CHIROPRACTOR<br>95-720 LANIKUHANA AVE.<br>MILILANI, HI 96789 | 00003312 | 02-12152 | 08/21/2004 | $365.71 | U | The proof of claim was filed after the Bar Date. |
| 9983925<br>MOORE, MICHELLE & KEITH<br>C/O WILLIAM W. PRICE, P.A., ATTORNEY A<br>NEIL P. ANTHONY<br>320 FERN STREET<br>WEST PALM BEACH, FL 33401 | 00005208 | 02-12152 | 03/11/2004 | $1,000,000.00 | U | The proof of claim was filed after the Bar Date. |
| TOTALS: | 5 | | | $1,230,365.71 | | |

- END OF LATE EXHIBIT -

PAGE 2 OF 2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095    860-687-7596

version_01

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## No Documentation Claims to be Disallowed and Expunged
### Exhibit B - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 5772646<br>BELGRAVE, MICHAEL<br>511 TAFT AVE.<br>CLEVELAND, TX 77327 | 000005293 | 02-12152 | 06/10/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5312089<br>MCCOY, GERNA<br>3160 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36115 | 000004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| TOTALS: | 2 | | | $140,000.00 | | |

- END OF NODOC EXHIBIT -

PAGE 1 OF 1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
† Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group 4 Griffin Road North, Windsor, CT 06095    860-497-7598

version_01

Subject: FW: CH-11 02-12152-JLP "Order" BRAC Group, Inc.,

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from LCN, entered on 12/16/2004 at 2:09 PM EST and filed on 12/16/2004
**Case Name:** BRAC Group, Inc., et al (f/k/a Budget Group, Inc)
**Case Number:** 02-12152-JLP
**Document Number:** 5332

**Docket Text:**
Order (AMENDED) Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims. (related document(s)[5264], [5315] ) Order Signed on 12/15/2004. (LCN, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** T:\LCN\Scanning\12.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=12/16/2004] [FileNumber=3277193-0
] [21eb400bf7ba0e886c4f129951ab9001ee7849ebf6efe2d19faa084187f10fcba95
8b4f989f19a964ba2d7faae96f17672933e7da2f97d461520c8eef04746e6]]

**02-12152-JLP Notice will be electronically mailed to:**

David G. Aelvoet    davida@publicans.com,

Athanasios E. Agelakopoulos    bankruptcy@ycst.com,

Elihu Ezekiel Allinson III    bankruptcy@pacdelaware.com

Curtis S. Alva    jschlosberg@shutts-law.com

Elizabeth Banda    arlbank@pbfcm.com, hrodriguez@pbfcm.com;bmedley@pbfcm.com

William Wright Banks    wright.banks@law.state.ga.us,

Austin Kelser Barron    abarron@omm.com, cmorris@omm.com

Sean Matthew Beach    bankruptcy@ycst.com

12/17/2004