IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>**BRAC GROUP, INC. (f/k/a Budget Group, Inc.),**<br>Reorganized Debtor.<br>v.<br>**MICHAEL BELGRAVE (f/k/a Came' International Travel & Tours, Inc.)**<br>Claimant | Chapter 11<br>Case No. 02-12152 (JLP) |

## NOTICE OF EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**PLEASE TAKE NOTICE** that the Plan Administrator for the above captioned debtor filed its Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Objection (the "Hearing") will be held before the Honorable John L. Peterson, United States Bankruptcy Judge, in the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801 on **December 7, 2004 at 10:30 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that this claim is valid and should not be disallowed or modified for reasons set forth in the Objection including, MICHAEL BELGRAVE of 311 Taft Avenue, Cleveland Texas 77327 Phone 281-592-4892 Facsimile 281-592-4892. The Claimant is the owner/manager of above named corporation who transacted rental car business from the period of July 31, 1992 - Dec 31, 2001. The corporation was recognized by BRAC Group via the International Airlines Travel Agent Network ("IATA") designation or numbers of **33750975 and 33509383**. Upon internal audit, the sum of $70,000.00 representing unpaid commissions due to MICHAEL BELGRAVE has not been satisfied.

**PLEASE TAKE FURTHER NOTICE** that evidence of this fact is stored in microfiche format at former BRAC Group Headquarters in Parsippany NJ (now Cedant Corporation). Their Commissions Department (800-322-0494) has verified transaction histories exist per Supervisor Denise Johnston. Also, I have e-mailed such requests to BRAC Group at com.serve@cedant.com.

_/s/ MB_
MICHAEL BELGRAVE

cc: Plan Administrator

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:  
**BRAC GROUP, INC. (f/k/a Budget Group, Inc.),**  
Reorganized Debtor.

Chapter 11  
Case No. 02-12152 (JLP)

RECEIVED MAY - 4 2005 U.S.C.A. 3rd CIR

### OBJECTION TO ORDER and AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection") by which the Plan Administrator (William P. Bowden I.D. #2553 and Gregory A. Taylor I.D. #4008) requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibit A (identified as "No Documentation Claims to be Disallowed and Expunged") and Exhibit B (identified as "Late Filed Claims to be Disallowed and Expunged") were attached to the order (**Docket Number 5315 filed 12/6/04**).

I, Michael Belgrave (the "Claimant"), hereby attest the following:

1. I am a claimant in the BRAC GROUP, INC. (f/k/a Budget Group, Inc.) bankruptcy proceeding, where Ashby & Geddes, P.A., Delaware Counsel to Walker, Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator"), with respect to the above captioned case.

2. On November 17, 2004, the Claimant **filed and served the response (Docket Number 5283)** along with **evidence of documentation listed on Docket Number 5292 11/24/04 and amended Docket Number 5304 12/3/04**.

3. The Plan Administrator filed **Docket Number 5315 12/6/04** (Approval of Eighteenth Omnibus Objection) **which predates hearing yet is endorsed by Honorable John L. Peterson, Bankruptcy Judge and is referenced as 12/7/04 on item 3 of Docket Number 5325 (Amended Order) which no endorsement appears.**

4. Specifically, the signed order being invalid corrupts the Eighteenth Omnibus Objection and should be excluded from the plan. The amended order was **filed (3) days** after the court hearing which negates the purpose of the Eighteenth Omnibus Objection and should be hereby excluded from the plan.

5. Thus, in order to correct the record, I pray the court dismiss in full the Eighteenth Omnibus Objection, whereas the undersigned counsel to the Plan Administrator should honor my claim at the Court's earliest convenience.

Dated December 15, 2004

MICHAEL BELGRAVE

Dated: February 5, 2004
Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
        Robert S. Brady (No. 2847)
        Edmon L. Morton (Bar No. 3856)
        Joseph A. Malfitano (No. 4020)
        Matthew B. Lunn (No. 4119)
        The Brandywine Building, 17th Floor
        1000 West Street, P.O. Box 391
        Wilmington, DE 19899
        Telephone: (302) 571-6600



        - and -

        **SIDLEY AUSTIN BROWN & WOOD LLP**
        Larry J. Nyhan
        James F. Conlan
        Matthew A. Clemente
        Dennis M. Twomey
        Bank One Plaza
        10 S. Dearborn
        Chicago, IL 60603
        (312) 853-7000

        Counsel for Debtors and Debtors in Possession