### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>BRAC GROUP, INC.<br>(f/k/a Budget Group, Inc.),<br><br>     Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 02-12152 (JLP) |

### NOTICE OF AMENDED AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON
### <u>TUESDAY, DECEMBER 7, 2004 AT 10:30 A.M. (Eastern Time)</u>[2]

*(Any party wishing to participate telephonically in the hearing <u>and who has obtained</u> <u>authority from the Court to do so</u> may contact the Plan Administrator's undersigned counsel to obtain the relevant call-in information.)*

**\*Amended Items Appear in bold**

### <u>WITHDRAWN MATTERS:</u>

1.    Motion for Payment of Administrative Expenses/Claims Filed by State Farm Mutual Automobile Insurance Company (Filed June 7, 2004) [Docket No. 4278]

        **Objection/Response Deadline:**    July 5, 2004 at 4:00 p.m. (Extended for the Plan Administrator)

        **Objection/Response Received:**    None at this time

        **Related Documents:**

        (i)    Notice Of Withdrawal Of Motion For Allowance Of An Administrative Claim (Filed November 12, 2004) [Docket No. 5274]

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

[2] This Notice of Agenda has been served in accordance with Del. Bankr. L.R. 9029-3 and an Affidavit of Service is on file.

DKT. NO. 5304

DT. FILED 12-3-04

**Status:**       This matter has been withdrawn.

2.    Motion of Bonnie L. Cunningham For Relief From The Automatic Stay (Filed on September 8, 2004) [Docket No. 5193]

   **Objection/Response Deadline:**          October 25, 2004 at 4:00 p.m. (Extended for the Plan Administrator to November 22, 2004 at 4:00 p.m.)

   **Objection/Response Received:**          None at this time.

   **Related Documents:**

   (i)    Amended Notice Of Motion Of Plaintiff Bonnie L. Cunningham For Relief From Automatic Stay Under §362 Of The Bankruptcy Code (Filed October 13, 2004) [Docket No. 5235]

   (ii)   Notice of Withdrawal of Motion for Relief From Stay (Filed October 28, 2004) [Docket No. 5257]

   **Status:**       This matter has been withdrawn.

## CONTINUED MATTERS:

3.    Request Of $R^2$ Investments, Ltd. For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver Of Requirements Of Local Rule 2016 Pursuant To Local Rule 2016(h) (Filed July 7, 2004) [Docket No. 4410]

   **Objection/Response Deadline:**          August 31, 2004 at 4:00 p.m.

   (a)    United States Trustee's Objection Request Of $R^2$ Investments, Ltd. For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver of Requirements Of Local Rule 2016 Pursuant To Local Rule 2016(h) (Filed September 7, 2004) [Docket No. 5191]

   **Related Documents:**

   (i)    Amended Notice Of Hearing On The Request For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver Of Requirements Of Local Rule 2016 Pursuant To Local Rule 2016(h) (Filed July 22, 2004) [Docket No. 4806]

**Status:**     This matter has been adjourned to February 10, 2005 at 3:30 p.m.

## UNCONTESTED MATTERS:

4.     Motion For Order Extending The Period Within Which The Reorganized Debtor May Remove Actions Pursuant To 28 U.S.C. 1452 And Federal Rules Of Bankruptcy Procedure 9006 And 9027 (Filed October 15, 2004) [Docket No. 5237]

    **Objection/Response Deadline:**          November 5, 2004 at 4:00 p.m.

    **Objection/Response Received:**          None

    **Related Documents:**

        (i)     Amended Notice of Hearing (Filed October 18, 2004) [Docket No. 5254]

        (ii)     Certificate of No Objection (Filed November 24, 2004) [Docket No. 5291]

    **Status:**     This matter is going forward.

## CONTESTED MATTERS:

5.     Motion Of The BRACII Plan Administrator For Order Extending Deadline To Object To Administrative Claims (Filed October 20, 2004) [Docket No. 5245]

    **Objection/Response Deadline:**          November 24, 2004 at 4:00 p.m.

    **Objection/Response Received:**          None to date

    **Related Documents:**

        (i)     **Certificate of No Objection (Filed November 29, 2004) [Docket No. 5297]**

    **Status:**     This matter is going forward.

6.     First Omnibus Objection And Motion For Order (I) Disallowing And Expunging Or (II) Reclassifying Proofs Of Administrative And Priority Claims (Substantive) (Filed on October 20, 2004) [Docket No. 5246]

    **Objection/Response Deadline:**          November 24, 2004 at 4:00 p.m.

    **Objection/Response Received:**          None to date

**Related Documents:**

    (i)    Notice of Submission of Proofs of Claim (Filed November 23, 2004) [Docket No. 5290]

    (ii)    **Certificate of No Objection (Filed November 29, 2004) [Docket No. 5298]**

**Status:**    This matter is going forward.

7.    Eighteenth Omnibus (Non-Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 4, 2004) [Docket No. 5264]

**Objection/Response Deadline:**    November 22, 2004 at 4:00 p.m.
**(Extended for The Estate of Grace Dunaway and Carroll Dunaway)**

**Objection/Response Received:**

    (a)    Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by Michael Belgrave (Filed November 17, 2004) [Docket No. 5283]

    (b)    **Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by Victor Anyakwo (Filed November 29, 2004) [Docket No. 5295]**

    (c)    **Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by Michelle Cox (Filed November 29, 2004) [Docket No. 5296]**

    (d)    **Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by The Estate of Grace Dunaway and Carroll Dunaway (Filed November 30, 2004) [Docket No. 5300]**

**Status:**    This matter is going forward. **The Plan Administrator will be withdrawing this matter as it relates to Victor Anyakwo, Michelle Cox, and Grace and Carroll Dunaway.**

8.    Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(b) and 502(d) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 4, 2004) [Docket No. 5265]

**Objection/Response Deadline:**    November 22, 2004 at 4:00 p.m.

**Objection/Response Received:**

(a)    Response Of Patricia Mack Regarding Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(B) And 502(D) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 12, 2004) [Docket No. 5273]

(b)    Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Patricia Mack (Filed November 15, 2004) [Docket No. 5276]

(c)    Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Alphonso Kirven (Filed November 15, 2004) [Docket No. 5277]

(d)    Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Alphonso Kirven and Patricia Mack (Filed November 22, 2004) [Docket No. 5285]

(e)    Response To Objection Of Claim Of Kenneth Fields (Filed November 22, 2004) [Docket No. 5289]

(f)    **Response To Nineteenth Omnibus (Non-Substantive) Objection To Claims filed by Kenneth Fields (Filed December 1, 2004) [Docket No. 5301]**

**Related Documents:**

(i)    Notice Of The Supplement To Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(B) And 502(D) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 18, 2004) [Docket No. 5280][3]

(ii)    Notice of Submission of Proofs of Claim (Filed November 23, 2004) [Docket No. 5288]

**Status:**    This matter is adjourned to February 10, 2005 at 3:30 p.m. with respect to the claims filed by Alphonso Kirven, Patricia Mack, Walter J. Rosenthal **and Kenneth Fields**. This matter is going forward with respect to all other claimants.

---

[3] The Supplement is only applicable to Claims Numbered 3611 and 3612 filed by Alphonso Kirven and Patricia Mack.

9.    Motion For Entry Of An Order Further Extending The Period Within Which The Reorganized Debtor May Object To Prepetition Claims (Filed November 19, 2004) [Docket No. 5282]

      **Objection/Response Deadline:**      December 1, 2004 at 4:00 p.m.

      **Objection/Response Received:**      None to date

      **Related Documents:**

          (i)      **Certificate of No Objection (Filed December 2, 2004) [Docket No. 5303]**

      **Status:**      This matter is going forward.

Dated:  December 3, 2004

      ASHBY & GEDDES, P.A.

      William P. Bowden (I.D. #2553)
      Gregory A. Taylor (I.D. #4008)
      222 Delaware Avenue, 17th Floor
      P.O. Box 1150
      Wilmington, DE  19899
      Tel: (302) 654-1888
      Fax: (302) 654-2067

      *-and-*

      BROWN RUDNICK BERLACK ISRAELS LLP
      Peter J. Antoszyk, Esq.
      Susan A. Simone, Esq.
      Daniel J. Saval, Esq.
      One Financial Center
      Boston, MA  02111
      Tel: (617) 856-8200
      Fax: (617) 856-8201

      *Counsel to the Plan Administrator*

150404.1

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, Esq. hereby certify that on the 3rd day of December, 2004, I caused a true and correct copy of the attached *NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 7, 2004 AT 10:30 A.M.* to be served upon the parties on the attached service list by First Class U.S. Mail, postage prepaid, or in the manner so indicated.

150404.1

Gregory A. Taylor (I.D. #4008)

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
150515v1

**HAND DELIVERY**
Robert S. Brady, Esq.
Joseph A Malfitano, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899
*Counsel to the Debtors*

Lawrence J. Nyhan, Esq
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago IL 60603
*Debtor in Possession*

Shmuel Vasser, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
*Budget Rent A Car System*

Budget Group, Inc.
Attn: David Coonfield
125 Basin Street, Suite 210
Daytona Beach, FL 32114
*Debtor*

Edward H. Arnold, III, Esq.
Seth A. Levine, Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
*New Orleans International Airport*

John A. Anthony, Esq.
GRAYROBINSON, P.A.
P.O. Box 3324
Tampa, Florida 33601
*Eckerd Corporation*

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

**HAND DELIVERY**
Margaret Harrison, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
*Trustee*

Budget Group, Inc.
Attn: Bill Johnson, CFO
4225 Naperville Road
Lisle, IL 60532
*Debtor*

**HAND DELIVERY**
Mark D. Collins
Richard Layton & Finger
One Rodney Square
Wilmington, DE 19801
*UK Plan Administrator*

**HAND DELIVERY**
Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
*Budget Rent A Car System*

James Comans
C/o Waltzer & Associates
Bruce C. Waltzer
3715 Westbank Exp.; Ste. 13
Harvey, LA 70058

**HAND DELIVERY**
Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street, Suite 1501
P.O. Box 1347
Wilmington, Delaware 19899-1347

Chester B. Salomon, Esq.
Constantine D. Pourakis, Ésq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
150515v1

Larry Dottery, II
c/o Marc Mendelson, Esq.
Rita Kostopoulos, Esq.
19080 West Ten Mile Road
Southfield, MI  48075

Carroll Dunaway
c/o Herald Moore & Willett PLLC
1901 Central Drive; Ste. 610
Bedford, TX  76021

Grace Dunaway
28700 Waikiki Ln.
Montgomery, TX  77356

Demetria Lincoln
4410 Fanconia Dr.
Apt. A
Montgomery, AL  36116

Mililani Back Care Center, Inc.
Ted Chun, D.C., Chiropractor
95-720 Lanikuhana Ave.
Mililani, HI  96789

Michelle & Keith Moore
c/o William W. Price, PA
Neil P. Anthony
320 Fern St.
West Palm Beach, FL  33401

Victor Anyakwo
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA  90503

Michael Belgrave
311 Taft Ave.
Cleveland, TX  77327

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth Fields
George Stanbury, Esq.
Stanbury Fishelman & Wisner, Inc.
9200 Sunset Blvd.
P1430
Los Angeles, CA  90067

Hudson United Bank
c/o The Van Borkulo-Nuzzo Law Firm
Maribelisa Marti, Paralegal
1000 Macarthur Blvd.
Mahwah, NJ  07430

Alphonso Kirven
P.O. Box 12364
Florence, SC  29504

Anthony Kpoyour
c/o Sachs Waldman PC
Brian McKenna, Esq.
1000 Farmer St.
Detroit, MI  48226

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
150515v1

Patricia Mack
P.O. Box 12364
Florence, SC 29504

James Autrey Riley
5220 Weber Road, #204D
Corpus Christi, TX 78411

Halat G. Yosif
c/o Mayo Norris & Carpenter
Henry H. Carpenter, Jr.
28 Middleton St.
Nashville, TN 37210

Walter J. Rosenthal
c/o Jeffer Mangels Butler & Marmaro
Thomas M. Geher
1900 Avenue of the Stars; 7th Floor
Los Angeles, CA 90067-4308

John Wiles
c/o Sachs Waldman PC
Brian McKenna, Esq.
1000 Farmer St.
Detroit, MI 48226

Jaime A. Rothman, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001
*Counsel to CW Woods*

Savo Hiking
P.O. Box 18336
San Jose, CA 95158-8336

McKee Auto Truck & Equipment, Inc.
8544 N Dale Mabry
Tampa, FL 33614

Raymond A. McKee
5550 Bob Smith Ave
Plant City, FL 33565

Gordon T. Page and Linda A. Page
JT TEN Discretionary
5104 E. Longboat Pl.
Tampa, FL 33615

Michelle Cox
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Gerina McCoy
3160 Virginia Downs
Apt. A
Montgomery, AL 36116

## File a Notice:

02-12152-JLP BRAC Group, Inc., et al (f/k/a Budget Group, Inc)

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Taylor, Gregory Alan entered on 12/3/2004 at 2:58 PM EST and filed on 12/3/2004

**Case Name:**           BRAC Group, Inc., et al (f/k/a Budget Group, Inc)
**Case Number:**      02-12152-JLP
**Document Number:** 5304

**Docket Text:**
Amended Notice of Agenda of Matters Scheduled for Hearing *on Tuesday, December 7, 2004 at 10:30 a.m. (Eastern Time)* Filed by Plan Administrator Hearing scheduled for 12/7/2004 at 10:30 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Taylor, Gregory)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\JSchier%\Desktop\agenda.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=12/3/2004] [FileNumber=3225369-0]
[34a3491d327f365d06bbcafd9ed68a90006c090930d00671681b30bb9154621d0ccf
ebf4ebc8eddc12ba0bd45b2c940e5dcbb5a57740c1de7eb88bb444529cd4]]

**02-12152-JLP Notice will be electronically mailed to:**

David G. Aelvoet    davida@publicans.com,

Athanasios E. Agelakopoulos    bankruptcy@ycst.com,

Elihu Ezekiel Allinson III    bankruptcy@pacdelaware.com

Curtis S. Alva    jschlosberg@shutts-law.com

Elizabeth Banda    arlbank@pbfcm.com, hrodriguez@pbfcm.com;bmedley@pbfcm.com

William Wright Banks    wright.banks@law.state.ga.us,

Austin Kelser Barron    abarron@omm.com, cmorris@omm.com

Sean Matthew Beach    bankruptcy@ycst.com

Richard D. Becker    rick.becker@delanet.com