IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 5**

IN RE: BRAC Group Inc..

|  |  |  |
|---|---|---|
| Michael Belgrave | ) | |
|  | ) | |
| Appellant | ) | Civil Action No.   05-319 |
| v. | ) | |
|  | ) | |
|  | ) | |
| Plan Administrator for BRAC Group Inc. | ) | |
| Appellee | ) | Bankruptcy Case No. 02-12152 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 12/6/04 & 12/15/04 was docketed in the District Court on 05/20/05:

> Order Approving Eighteenth Omnibus (Non-Substantive)
> Objection to Claims (related document 5264) and Order
> (Amended) Approving Eighteenth Omnibus (Non-Substantive)
> Objection to Claims. (Related documents 5264, 5315)

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

> Peter T. Dalleo
> Clerk of Court

Date:   5/20/05

To:   U.S. Bankruptcy Court
        Counsel