IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.),<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 02-12152 (RB)<br><br>RE: D.I. 5315, 5332, 5325, 5480 |

### APPELLEE'S COUNTER-STATEMENT OF ISSUES ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellee, Walker Truesdell and Associates in its capacity as the Plan Administrator, by and through its undersigned counsel, files this counter-statement of the issues presented by the appeal of the Amended Order Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 dated Dec. 16, 2004 (D.I. 5332)(the "Amended Order") filed by Michael Belgrave on or about April 25, 2005 with the United States Court of Appeals for the Third Circuit and subsequently forwarded to the United States District Court for the District of Delaware on May 4, 2005 (the "Appeal").

### Issues on Appeal

I.    Does the United States District Court for the District of Delaware have jurisdiction over this Appeal as a result of Michael Belgrave having failed to file his Notice of Appeal within the time period permitted under Federal Rule of Bankruptcy Procedure 8002?

II.   Did the Bankruptcy Court err in entering the Amended Order?

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

-*and*-

<div style="margin-left: auto;">

BROWN RUDNICK BERLACK
ISRAELS LLP
Peter J. Antoszyk
Daniel J. Saval
One Financial Center
Boston, MA 02111
(617) 856-8200

*Counsel to the Plan Administrator*

</div>

Dated: May 16, 2005
157230.1