IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.),<br><br>     Reorganized Debtor. | Chapter 11<br>Case No. 02-12152 (RB)<br><br>RE: D.I. 5315, 5325, 5332, 5480 |
| MICHAEL BELGRAVE,<br><br>     Appellant,<br><br>  v.<br><br>THE PLAN ADMINISTRATOR FOR BRAC<br>GROUP, INC.,<br><br>     Appellee. | Civil Action No. 05-319 |

**APPENDIX TO
THE PLAN ADMINISTRATOR'S MOTION TO DISMISS MICHAEL BELGRAVE'S
APPEAL AND MOTION TO STAY MEDIATION PENDING DECISION ON THE PLAN
ADMINISTRATOR'S MOTION TO DISMISS APPEAL**

ASHBY & GEDDES
William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*-and-*

BROWN RUDNICK BERLACK
ISRAELS LLP
Peter J. Antoszyk
Daniel J. Saval
One Financial Center
Boston, MA 02111
(617) 856-8200

*Counsel to the Plan Administrator*

## TABLE OF CONTENTS

**Description**                                                                    **Page**

December 7, 2004 Order Approving Eighteenth Omnibus (Non-Substantive)
   Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
   Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 ................................................. A1-9

Certification of Counsel Regarding Eighteenth Omnibus (Non-Substantive)
   Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
   Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 dated
   December 10, 2004 ....................................................................................... A10-A21

December 16, 2004 Amended Order Approving Eighteenth Omnibus
   (Non-Substantive) Objection to Claims Pursuant to Section 502(b)
   of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and
   Local Rule 3007-1 ........................................................................................ A22-A26

Michael Belgrave's Notice of Appeal dated April 25, 2005 ......................................... A27-A80

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BRAC GROUP, INC.<br>(f/k/a Budget Group, Inc.), | Case No. 02-12152 (CGC) |
| Reorganized Debtor.[1] | Related Docket No. 5264 |

**ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection");[2] by which the Plan Administrator requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibits A and B attached to the Objection; and after hearing and consideration of the Objection and arguments contained therein, and the opposition thereto, if any; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to Article XI of the Plan, 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Objection was due and proper under the circumstances; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Objection is sustained as provided herein; and it is further

ORDERED, that the No Documentation Claims identified as "No Documentation Claims to be Disallowed and Expunged" on Exhibit A attached hereto are disallowed in full and

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

**A1**

expunged in their entirety; and it is further

ORDERED, that Late Filed Claims identified as "Late Filed Claims to be Disallowed and

Expunged" on Exhibit B attached hereto are disallowed in full and expunged in their entirety;

and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters related to

or arising from the implementation or interpretation of this Order.

Dated: December 6, 2004
       Wilmington, Delaware

Honorable John L. Peterson
United States Bankruptcy Judge

#1308690 v\1

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objection.

**A2**

BRAC Group, Inc., f/k/a Budget Group, Inc., et al.
Case No. 02-12152

**Late Filed Claims to be Disallowed and Expunged**
**Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection**

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6108825<br>COMANS, JAMES<br>C/O WALTZER & ASSOCIATES<br>BRUCE C. WALTZER<br>3715 WESTBANK EXP.<br>SUITE 13<br>HARVEY, LA 70058 | 00005233 | 02-12152 | 05/20/2004 | $10,000.00 | U | The proof of claim was filed after the Bar Date. |
| 6112867<br>DOTTERY, LARRY II<br>C/O MARC MENDELSON, ESQ.<br>RITA KOSTOPOULOS, ESQ.<br>19080 WEST TEN MILE ROAD<br>SOUTHFIELD, MI 48075 | 00005238 | 02-12152 | 05/27/2004 | $150,000.00 | U | The proof of claim was filed after the Bar Date. |
| 5312069<br>MCCOY, GERINA<br>3160 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 09/29/2003 | $70,000.00 | U | The proof of claim was filed after the Bar Date. |

PAGE 1 OF 2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095     866-887-7298

version_01

A3

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

**Late Filed Claims to be Disallowed and Expunged**
**Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection**

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6160725<br>MILIANI BACK CARE CENTER, INC.<br>TED CHUN, D.C., CHIROPRACTOR<br>95-720 LANIKUHANA AVE.<br>MILILANI, HI 96789 | 00005312 | 02-12152 | 06/21/2004 | $305.71 | U | The proof of claim was filed after the Bar Date. |
| 5963928<br>MOORE, MICHELLE & KEITH<br>C/O WILLIAM W. PRICE, P.A., ATTORNEY A<br>NEIL P. ANTHONY<br>320 FERN STREET<br>WEST PALM BEACH, FL 33401 | 00005209 | 02-12152 | 03/11/2004 | $1,000,000.00 | U | The proof of claim was filed after the Bar Date. |
| **TOTALS:** | **5** | | | **$1,239,305.71** | | |

- END OF LATE EXHIBIT -

**PAGE 2 OF 2**

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095    860-687-7596

version_01

**A4**

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## No Documentation Claims to be Disallowed and Expunged
### Exhibit B - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 5772546 BELGRAVE, MICHAEL 311 TAFT AVE. CLEVELAND, TX 77327 | 00005293 | 02-12152 | 06/10/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 6312089 MCCOY, GERINA 3160 VIRGINIA DOWNS APT. A MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| **TOTALS:** | **2** | | | **$140,000.00** | | |

- END OF NODOC EXHIBIT -

PAGE 1 OF  1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group 4 Griffin Road North, Windsor, CT 06095          860-687-7566

version_01

A5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------------X

In re:

BRAC GROUP, INC.
    (f/k/a BUDGET GROUP, Inc.) (02-12152),

      :   Chapter 11
           Case No  02-12152 (CGC)
           Jointly Administered

| | |
|---|---|
| Auto Rental Systems, Inc (02-12153), | BRAT TRS, Inc  (f/k/a Ryder TRS, Inc ) (02-12185), |
| BGI Airport Parking, Inc (02-12154), | BVM, Inc (02-12170), |
| BGI Shared Services, Inc (02-12155), | Carson Chrysler Plymouth Dodge Jeep |
| BGI Shared Services, LLC (02-12156), |     Eagle, Inc (02-12171), |
| BRAC Credit Corporation (02-12157), | Control Risk Corporation (02-12172), |
| BRAC Car Sales, Inc (f/k/a Budget Car Sales, Inc ) (02-12158), | Dayton Auto Lease Company, Inc. (02-12173), |
| BRAC Fleet Finance Corporation (f/k/a Budget Fleet Finance | Directors Row Management Company, LLC (02-12174), |
|     Corporation) (02-12159), | IN Motors VI, LLC (02-12175), |
| BRAC Rent A Car Asia-Pacific, Inc  (f/k/a Budget Rent A Car | Mastering the Move Realty, Inc  (02-12176), |
|     Asia-Pacific, Inc ) (02-12160), | Mosiant Car Sales, Inc (02-12177), |
| BRAC Rent a Car Caribe Corporation (f/k/a Budget Rent A Car | NYRAC Inc (02-12178), |
|     Caribe Corporation) (02-12161), | Paul West Ford, Inc. (02-12179), |
| BRAC Rent A Car Corporation (f/k/a Budget Rent A Car | Philips Jacobs Insurance Agency, Inc  (02-12180), |
|     Corporation) (02-12162), | Premier Car Rental LLC (02-12181), |
| BRAC Rent-A-Car International, Inc.  (f/k/a Budget Rent-A-Car | Reservation Services, Inc  (02-12182), |
|     International, Inc ) (02-12163), | TCS Properties, LLC (02-12186), |
| BRAC Rent A Car of Japan, Inc  (f/k/a Budget Rent A Car of | Team Car Sales of Charlotte, Inc (02-12187), |
|     Japan, Inc ) (02-12164), | Team Car Sales of Dayton, Inc (02-12188), |
| BRAC Rent A Car of St  Louis, Inc  (f/k/a Budget Rent A Car of | Team Car Sales of Philadelphia, Inc  (02-12189), |
|     St  Louis, Inc ) (02-12165), | Team Car Sales of Richmond, Inc (02-12190), |
| BRAC Rent-A-Car of the Midwest, Inc  (f/k/a Budget Rent-A- | Team Car Sales of San Diego, Inc (02-12191), |
|     Car of the Midwest, Inc.) (02-12166), | Team Car Sales of Southern California, Inc (02-12192), |
| BRAC Rent-A-Car Systems, Inc (f/k/a Budget Rent-A-Car | Team Fleet Services Corporation (02-12193), |
|     Systems, Inc ) (02-12167), | Team Holdings Corp  (02-12194), |
| BRAC Sales Corporation (f/k/a Budget Sales Corporation) (02- | Team Realty Services, Inc (02-12195), |
|     12168), | The Move Shop, Inc  (02-12196), |
| BRAC Storage Corporation (f/k/a Budget Storage Corporation) | Transportation And Storage Associates (02-12197), |
|     (02-12169), | ValCar Rental Car Sales, Inc (02-12198), |
| BRAT Move Management, Inc  (f/k/a Ryder Move | Vehicle Rental Access Company, LLC (02-12199), and |
|     Management, Inc ) (02-12183), | Warren Wooten Ford, Inc  (02-12200), |
| BRAT Relocation Services, Inc  (f/k/a Ryder Relocation | |
|     Services, Inc.) (02-12184), | Debtors |

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE SECOND AMENDED JOINT CHAPTER 11 LIQUIDATING PLAN OF BRAC GROUP, INC. AND ITS DEBTOR SUBSIDIARIES AND (II) BAR DATE FOR ADMINISTRATIVE CLAIMS

        PLEASE TAKE NOTICE that on April 23, 2004 (the "Confirmation Date"), an order (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Liquidating Plan of BRAC Group, Inc. and its Debtor Subsidiaries*, dated February 3, 2004 (as amended or modified, the "Plan"), signed by the

Honorable Charles G. Case, II, was entered and duly docketed by the Office of the Clerk of the United States Bankruptcy Court for the District Court for the District of Delaware (the "Bankruptcy Court") in the above captioned cases of BRAC Group, Inc (f/k/a Budget Group, Inc ) and its affiliated Debtor subsidiaries (collectively, the "Debtors"). The Confirmation Order is on file with the Clerk of the Bankruptcy Court and may be inspected during normal business hours at the Office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801  Copies of the Confirmation Order can also be found at Docket No  4068 and obtained from the Bankruptcy Court's website at www deb courts gov or by contacting the undersigned counsel to the Debtors  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

## BAR DATE FOR ADMINISTRATIVE CLAIMS

PLEASE TAKE FURTHER NOTICE that requests for payment of Administrative Claims, including Claims of governmental units for taxes (including tax audit Claims related to tax years commencing after July 29, 2002 (the "Petition Date"), but excluding Claims relating to tax periods or portions thereof, ending on or before the Petition Date), against any of the Debtors other than BRACII (such Debtors, collectively, the "U.S. Debtor Group"), except for Professional Fee Claims (discussed below) not paid prior to the Confirmation Date must file requests for payment of Administrative Claims with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on (i) counsel to the Debtors, (a) Sidley Austin Brown & Wood LLP, Bank One Plaza, 10 South Dearborn Street, Chicago, Illinois 60603, Attn: Larry J. Nyhan and (b) Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P O  Box 391, Wilmington, Delaware 19899-0391, Attn: Robert S  Brady; (ii) counsel to Reorganized BGI, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston Massachusetts 02111, Attn: Peter J  Antoszyk; and (iii) the Plan Administrator, Walker, Truesdell & Associates, Inc , 380 Lexington Avenue, Suite 1514, New York, New York 10168, Attn: Hobart Truesdell **so as to be received on or before 4:00 p.m. EST on June 7, 2004**  ANY ENTITY THAT IS REQUIRED TO FILE AND SERVE SUCH A REQUEST FOR PAYMENT AND FAILS TO TIMELY FILE AND SERVE SUCH REQUEST, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM OR PARTICIPATING IN DISTRIBUTIONS UNDER THE PLAN ON ACCOUNT THEREOF

## BAR DATE FOR REJECTION DAMAGE CLAIMS

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan and the Confirmation Order, each executory contract and unexpired lease entered into by any of the Debtors prior to July 29, 2002 (the "Petition Date") shall be rejected pursuant to section 365 of the Bankruptcy Code, except for any executory contract or unexpired lease that (i) previously has been assumed or rejected by order of the Bankruptcy Court or (ii) is listed on the schedule of assumed contracts annexed as Exhibit C to the Plan Supplement as amended from time to time  Any Claim for damages arising from the rejection of any such executory contract or unexpired lease must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on (i) counsel to Reorganized BGI, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, Massachusetts 02111, Attn: Peter J  Antoszyk and (ii) counsel to Reorganized BRACII, Richards, Layton & Finger, P.A., One Rodney Square, P O  Box 551, Wilmington, Delaware 19899, Attn: Mark D  Collins, **so as to be received no later than thirty (30) days after service of this Notice.**  ANY ENTITY THAT IS REQUIRED TO FILE AND SERVE SUCH A REQUEST FOR

2

PAYMENT AND FAILS TO TIMELY FILE AND SERVE SUCH REQUEST, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM OR PARTICIPATING IN DISTRIBUTIONS UNDER THE PLAN ON ACCOUNT THEREOF

## BAR DATE FOR PROFESSIONAL FEE CLAIMS

PLEASE TAKE FURTHER NOTICE that all Professionals or other persons requesting compensation or reimbursement pursuant to sections 327, 328, 330, 331, 503(b) and 1103 of the Bankruptcy Code for services rendered to the Debtors prior to the Effective Date (including requests under section 503(b)(4) of the Bankruptcy Code by any Professional or other entity for making a substantial contribution in these Chapter 11 Cases) shall file an application for final allowance of such compensation and reimbursement with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on (i) counsel to Reorganized BGI, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, Massachusetts 02111, Attn: Peter J Antoszyk (ii) counsel to Reorganized BRACII, Richards, Layton & Finger, P A, One Rodney Square, P O Box 551, Wilmington, Delaware 19899, Attn: Mark D Collins, and (iii) the Office of the United States Trustee, 844 King St., Suite 2207, Wilmington, DE 19801, Attn: Margaret Harrison, **so as to be received no later than 60 days after the Effective Date**  The Debtors currently anticipate that the Effective Date will be May 3, 2004  ANY ENTITY THAT IS REQUIRED TO FILE AND SERVE SUCH A REQUEST FOR PAYMENT AND FAILS TO TIMELY FILE AND SERVE SUCH REQUEST, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM OR PARTICIPATING IN DISTRIBUTIONS UNDER THE PLAN ON ACCOUNT THEREOF.

PLEASE TAKE FURTHER NOTICE that service of this Notice of Confirmation constitutes good and sufficient notice pursuant to Bankruptcy Rules 2002 and 3020 of entry of the Confirmation Order confirming the Plan and of the other relief granted in the Confirmation Order, and no other or further notice need be given

3

**A8**

**PLEASE TAKE FURTHER NOTICE THAT THE PLAN AND CONFIRMATION ORDER CONTAIN PROVISIONS THAT MAY AFFECT YOUR RIGHTS.  YOU ARE ENCOURAGED TO REVIEW THE PLAN AND CONFIRMATION ORDER IN THEIR ENTIRETY.**

Dated: April 30, 2004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

      _/s/ Matthew B. Lunn_    
Robert S. Brady (No 2847)
Edmon L. Morton (No 3856)
Joseph A. Malfitano (No. 4020)
Matthew B. Lunn (No 4119)
The Brandywine Building
1000 West Street, 17th Floor
P O. Box 391
Wilmington, Delaware 19899-0391
Tel: (302) 571-6600
Facsimile: (302) 571-1253

    &    

SIDLEY AUSTIN BROWN & WOOD LLP
Larry J. Nyhan
James F. Conlan
Matthew A. Clemente
Dennis M. Twomey
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Debtors and Debtors in Possession

4

**A9**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BRAC GROUP, INC.<br>(f/k/a Budget Group, Inc.), | Case No. 02-12152 (JLP) |
| Reorganized Debtor.[1] | Related Docket Nos. 5264 and 5315 |

## CERTIFICATION OF COUNSEL REGARDING THE EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

I, Gregory A. Taylor, hereby certify the following:

1.      I am an attorney with Ashby & Geddes, P.A., Delaware Counsel to Walker, Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator"), with respect to the above-captioned case.

2.      On November 4, 2004, the Plan Administrator filed and served the Eighteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 5264] (the "Eighteenth Omnibus Objection").    Schedules of the claims subject to objection via the Eighteenth Omnibus Objection were attached to the Eighteenth Omnibus Objection as Exhibits A and B (the "Eighteenth Omnibus Objection Exhibits").

3.      On December 7, 2004, the Court convened a hearing and subsequently entered an Order approving the Eighteenth Omnibus Objection [Docket No. 5315] (the "Eighteenth

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004.  On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

**A10**

DKT. NO 5315

DT. FILED 12·10·04

Omnibus Order"). Following entry of the Eighteenth Omnibus Order, the Plan Administrator discovered that the Eighteenth Omnibus Order incorrectly references the Exhibits attached thereto.

4.    Specifically, the Eighteenth Omnibus Objection Proposed Order refers to the claims identified on Exhibit A attached to the Order as "No Documentation Claims to be Disallowed and Expunged," when in fact such claims are identified on Exhibit A as "Late Filed Claims to be Disallowed and Expunged," and, conversely, the Order refers to the claims identified on Exhibit B attached to the Order as "Late Filed Claims to be Disallowed and Expunged," when in fact such claims are identified on Exhibit B as "No Documentation Claims to be Disallowed and Expunged."

5.    Thus, in order to correct the record, the undersigned counsel to the Plan Administrator hereby submits the form of Amended Order approving the Eighteenth Omnibus Objection attached hereto as Exhibit 1, which correctly references the claims identified on the Eighteenth Omnibus Objection Exhibits. Accordingly, the undersigned respectfully requests entry of the Amended Order attached hereto as Exhibit 1 at the Court's earliest convenience.

Dated: December 10, 2004

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

2

A11

*-and-*

BROWN RUDNICK BERLACK
ISRAELS LLP
Peter J. Antoszyk, Esq.
Daniel J. Saval, Esq.
One Financial Center
Boston, MA 02111
(617) 856-8200

Counsel to the Plan Administrator

151054.1

3

**A12**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BRAC GROUP, INC.
(f/k/a Budget Group, Inc.),

Reorganized Debtor.[1]

Chapter 11

Case No. 02-12152 (JLP)

Related Docket Nos. 5264 and 5315

## AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection");[2] by which the Plan Administrator requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibits A and B attached to the Objection; and after hearing and consideration of the Objection and arguments contained therein, and the opposition thereto, if any; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to Article XI of the Plan, 28 U S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U S.C. § 157(b)(2), and (c) notice of the Objection was due and proper under the circumstances; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Objection is sustained as provided herein; and it is further

ORDERED, that the Late Filed Claims identified as "Late Filed Claims to be Disallowed and Expunged" on Exhibit A attached hereto are disallowed in full and expunged in their

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objection.

**A13**

entirety; and it is further

ORDERED, that the No Documentation Claims identified as "No Documentation Claims to be Disallowed and Expunged" on <u>Exhibit B</u> attached hereto are disallowed in full and expunged in their entirety; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation or interpretation of this Order.

Dated: December _____, 2004
        Wilmington, Delaware

                                             _____

                                             Honorable John L. Peterson
                                             United States Bankruptcy Judge

#1308690 v\1
151055.1

**A14**

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## Late Filed Claims to be Disallowed and Expunged
## Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6108825<br>COMANS, JAMES<br>C/O WALTZER & ASSOCIATES<br>BRUCE C. WALTZER<br>3715 WESTBANK EXP.<br>SUITE 13<br>HARVEY, LA 70058 | 00005233 | 02-12152 | 05/20/2004 | $10,000.00 | U | The proof of claim was filed after the Bar Date. |
| 6112997<br>DOTTERY, LARRY II<br>C/O MARC MENDELSON, ESQ.<br>RITA KOSTOPOULOS, ESQ.<br>19080 WEST TEN MILE ROAD<br>SOUTHFIELD, MI 48075 | 00005238 | 02-12152 | 05/27/2004 | $150,000.00 | U | The proof of claim was filed after the Bar Date. |
| 5312069<br>MCCOY, GERINA<br>3160 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The proof of claim was filed after the Bar Date. |

PAGE 1 OF 2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095          860-687-7566          version_01

**A15**

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

**Late Filed Claims to be Disallowed and Expunged**
**Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection**

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6160725<br>MILILANI BACK CARE CENTER, INC.<br>TED CHUN, D.C., CHIROPRACTOR<br>95-720 LANIKUHANA AVE.<br>MILILANI, HI 96789 | 00005312 | 02-12152 | 06/21/2004 | $305.71 | U | The proof of claim was filed after the Bar Date. |
| 5983928<br>MOORE, MICHELLE & KEITH<br>C/O WILLIAM W. PRICE, P.A., ATTORNEY A<br>NEIL P. ANTHONY<br>320 FERN STREET<br>WEST PALM BEACH, FL 33401 | 00005209 | 02-12152 | 03/11/2004 | $1,000,000.00 | U | The proof of claim was filed after the Bar Date. |
| TOTALS: | 5 | | | $1,230,305.71 | | |

- END OF LATE EXHIBIT -

PAGE 2 OF    2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095        860-667-7596

version_01

**A16**

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## No Documentation Claims to be Disallowed and Expunged
### Exhibit B - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 5772546<br>BELGRAVE, MICHAEL<br>311 TAFT AVE.<br>CLEVELAND, TX 77327 | 00005293 | 02-12152 | 06/10/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5312059<br>MCCOY, GERNA<br>3160 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| TOTALS: | 2 | | | $140,000.00 | | |

- END OF NODOC EXHIBIT -

PAGE 1 OF  1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group 4 Griffin Road North, Windsor, CT 06095        860-487-7556

version_0i

**A17**

**<u>CERTIFICATE OF SERVICE</u>**

I, Gregory A. Taylor, hereby certify that, on the 10th day of December 2004, I caused a true and correct copy of the *Certification of Counsel Regarding the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated:

_____
Gregory A. Taylor (I.D. #4008)

120926v2

**A18**

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List for 18th Omn. Cl. Obj.
149640.1

**HAND DELIVERY**
Robert S. Brady, Esq.
Joseph A Malfitano, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899
*Counsel to the Debtors*

Lawrence J. Nyhan, Esq
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago IL 60603
*Debtor in Possession*

Shmuel Vasser, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
*Budget Rent A Car System*

Budget Group, Inc.
Attn: David Coonfield
125 Basin Street, Suite 210
Daytona Beach, FL 32114
*Debtor*

Edward H. Arnold, III, Esq.
Seth A. Levine, Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
*New Orleans International Airport*

John A. Anthony, Esq.
GRAYROBINSON, P.A.
P.O. Box 3324
Tampa, Florida 33601
*Eckerd Corporation*

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

**HAND DELIVERY**
Margaret Harrison, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
*Trustee*

Budget Group, Inc.
Attn: Bill Johnson, CFO
4225 Naperville Road
Lisle, IL 60532
*Debtor*

**HAND DELIVERY**
Mark D. Collins
Richard Layton & Finger
One Rodney Square
Wilmington, DE 19801
*UK Plan Administrator*

**HAND DELIVERY**
Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
*Budget Rent A Car System*

James Comans
C/o Waltzer & Associates
Bruce C. Waltzer
3715 Westbank Exp.; Ste. 13
Harvey, LA 70058

**HAND DELIVERY**
Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street, Suite 1501
P.O. Box 1347
Wilmington, Delaware 19899-1347

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

**A19**

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List for 18th Omn. Cl. Obj.
149640.1

Larry Dottery, II
c/o Marc Mendelson, Esq.
Rita Kostopoulos, Esq.
19080 West Ten Mile Road
Southfield, MI  48075

Carroll Dunaway
c/o Herald Moore & Willett PLLC
1901 Central Drive; Ste. 610
Bedford, TX  76021

Grace Dunaway
28700 Waikiki Ln.
Montgomery, TX  77356

Demetria Lincoln
4410 Fanconia Dr.
Apt. A
Montgomery, AL  36116

Mililani Back Care Center, Inc.
Ted Chun, D.C., Chiropractor
95-720 Lanikuhana Ave.
Mililani, HI  96789

Michelle & Keith Moore
c/o William W. Price, PA
Neil P. Anthony
320 Fern St.
West Palm Beach, FL  33401

Victor Anyakwo
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA  90503

Michael Belgrave
311 Taft Ave.
Cleveland, TX  77327

Michelle Cox
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA  90503

Gerina McCoy
3160 Virginia Downs
Apt. A
Montgomery, AL  36116

**A20**

**Miscellaneous:**
02-12152-JLP BRAC Group, Inc., et al (f/k/a Budget Group, Inc)

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Taylor, Gregory Alan entered on 12/10/2004 at 10:37 AM
EST and filed on 12/10/2004

**Case Name:**        BRAC Group, Inc., et al (f/k/a Budget Group, Inc)
**Case Number:**      02-12152-JLP
**Document Number:** 5325

**Docket Text:**
Certification of Counsel *Regarding Eighteenth Omnibus (Non-Substantive) Objection to Claims
Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
3007-1* (related document(s)[5264], [5315] ) Filed by Plan Administrator (Taylor, Gregory)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\JSchier%\Desktop\coc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=12/10/2004] [FileNumber=3246951-0
] [839edc20061dff679fe929f335e163924444f92e84ccf1f16958ed4a0561832bef7
b5d8b600e83eab54e8f27b1107ff69d2365fa3362d3ceb7e016cf0e4cf4e5]]

**02-12152-JLP Notice will be electronically mailed to:**

David G. Aelvoet   davida@publicans.com,

Athanasios E. Agelakopoulos   bankruptcy@ycst.com,

Elihu Ezekiel Allinson III   bankruptcy@pacdelaware.com

Curtis S. Alva   jschlosberg@shutts-law.com

Elizabeth Banda   arlbank@pbfcm.com, hrodriguez@pbfcm.com;bmedley@pbfcm.com

William Wright Banks   wright.banks@law.state.ga.us,

Austin Kelser Barron   abarron@omm.com, cmorris@omm.com

Sean Matthew Beach   bankruptcy@ycst.com

Richard D. Becker   rick.becker@delanet.com

## A21

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BRAC GROUP, INC. | Case No. 02-12152 (JLP) |
| (f/k/a Budget Group, Inc.), | |
| Reorganized Debtor.[1] | Related Docket Nos. 5264 and 5315 |

**AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims

Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local

Rule 3007-1 (the "Objection");[2] by which the Plan Administrator requested the entry of an order

disallowing in full and expunging each of the claims listed on Exhibits A and B attached to the

Objection; and after hearing and consideration of the Objection and arguments contained therein,

and the opposition thereto, if any; and the Court finding that (a) the Court has jurisdiction over

this matter pursuant to Article XI of the Plan, 28 U.S.C. §§ 157 and 1334, (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Objection was due and proper

under the circumstances; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Objection is sustained as provided herein; and it is further

ORDERED, that the Late Filed Claims identified as "Late Filed Claims to be Disallowed

and Expunged" on Exhibit A attached hereto are disallowed in full and expunged in their

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended
Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21,
2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor
subsidiaries.
[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objection.

entirety; and it is further

ORDERED, that the No Documentation Claims identified as "No Documentation Claims to be Disallowed and Expunged" on Exhibit B attached hereto are disallowed in full and expunged in their entirety; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation or interpretation of this Order.

Dated: December _15_, 2004
      Wilmington, Delaware

Honorable John L. Peterson
United States Bankruptcy Judge

#1308690 v1
151055.1

A23

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

**Late Filed Claims to be Disallowed and Expunged**
**Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection**

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6106625<br>COMANS, JAMES<br>C/O WALTZER & ASSOCIATES<br>BRUCE C. WALTZER<br>3715 WESTBANK EXP.<br>SUITE 13<br>HARVEY, LA 70058 | 00005233 | 02-12152 | 05/20/2004 | $10,000.00 | U | The proof of claim was filed after the Bar Date. |
| 6112987<br>DOTTERY, LARRY II<br>C/O MARC MENDELSON, ESQ.<br>RITA KOSTOPOULOS, ESQ.<br>19080 WEST TEN MILE ROAD<br>SOUTHFIELD, MI 48075 | 00005238 | 02-12152 | 05/27/2004 | $150,000.00 | U | The proof of claim was filed after the Bar Date. |
| 5312089<br>MCCOY, GERINA<br>3180 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12157 | 05/28/2003 | $70,000.00 | U | The proof of claim was filed after the Bar Date. |

PAGE 1 OF   2

Class Key: A - Administration, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095    860-687-7596

version_01

A24

BSAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## Late Filed Claims to be Disallowed and Expunged
### Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 61I0726<br>MILLANI BACK CARE CENTER, INC.<br>TED CHUN, D.C., CHIROPRACTOR<br>95-720 LANIKUHANA AVE.<br>MILILANI, HI 96789 | 00005312 | 02-12152 | 08/21/2004 | $305.71 | U | The proof of claim was filed after the Bar Date. |
| 59I03928<br>MOORE, MICHELLE & KEITH<br>C/O WILLIAM W. PRICE, P.A., ATTORNEY A<br>NEIL P. ANTHONY<br>320 FERN STREET<br>WEST PALM BEACH, FL 33401 | 00005209 | 02-12152 | 03/11/2004 | $1,000,000.00 | U | The proof of claim was filed after the Bar Date. |
| TOTALS: | 5 | | | $1,220,305.71 | | |

- END OF LATE EXHIBIT -

PAGE 2 OF 2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095          860-687-7300          version_01

A25

BRAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

## No Documentation Claims to be Disallowed and Expunged
## Exhibit B - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 5772946 BELGRAVE, MICHAEL 311 TAFT AVE. CLEVELAND, TX 77327 | 00005293 | 02-12152 | 06/10/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5312069 MCCOY, GERINA 3160 VIRGINIA DOWNS APT. A MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| TOTALS: | 2 | | | $140,000.00 | | |

- END OF NODOC EXHIBIT -

PAGE 1 OF 1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group 4 Griffin Road North, Windsor, CT 06095    800-667-7896

version_01

A26

IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

--------------------------------------
In re:                                          Chapter 11
BRAC GROUP, INC. (f/k/a Budget Group, Inc.),    Case No. 02-12152 (JLP)
          Reorganized Debtor.

            v.

MICHAEL BELGRAVE(f/k/a Came' International Travel & Tours, Inc.)
          Claimant
--------------------------------------

### LOCAL APPELLATE RULE 3.4 NOTICE OF APPEAL IN PRO SE CASES
### OBJECTION TO ORDER and AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) ORJECTION TO CLAIMS PURSUANT TO SECTION 502(h) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1.

        Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(h) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the"Objection") by which the Plan Administrator (William P. Bowden I.D.#2553 and Gregory A. Taylor I.D.#4008) requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibit A (identified as "No Documentation Claims to be Disallowed and Expunged") and Exhibit B (identified as "Late Filed Claims to be Disallowed and Expunged") were attached to the order (Docket Number 5315 filed 12/6/04).

        I, Michael Belgrave (the "Claimant"), hereby attest the following:

1.  I am a claimant in the BRAC GROUP, INC. (f/k/a Budget Group, Inc.) bankruptcy proceeding, where Ashby & Geddes, P.A., Delaware Counsel to Walker, Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator"), with respect to the above captioned case.

2.  On November 17, 2004, the Claimant filed and served the response (Docket Number 5283) along with evidence of documentation listed on Docket Number 5292 11/24/04 and amended Docket Number 5304 12/3/04.

3. The Plan Administrator filed Docket Number 5315 12/6/04 (Approval of Eighteenth Omnibus Objection) which predates hearing yet is endorsed by Honorable John L. Peterson, Bankruptcy Judge and is referenced as 12/7/04 on item 3 of Docket Number 5325 (Amended Order) which no endorsement appears.

4.  Specifically, the signed order being invalid, corrupts the Eighteenth Omnibus Objection and should be excluded from the plan. The amended order was filed (3) days after the court hearing which negates the purpose of the Eighteenth Omnibus Objection and should be hereby excluded from the plan.

5. Thus, in order to correct the record, I pray the court dismiss in full the Eighteenth Omnibus Objection, whereas the undersigned counsel to the Plan Administrator should honor my claim at the Court's earliest convenience, pursuant to local appellate rules 3.4 and 11.2, please find copies of all filed dockets.

Dated April 25, 2005

                                                MICHAEL BELGRAVE

**A27**

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

May 4, 2005

Michael Belgrave
311 Taft
Cleveland, TX 77327

Re: Undocketed in Third Circuit Court of Appeals
(D. Del. Bankr. No. 02-12152 (JKB))

Dear Mr. Belgrave:

The enclosed notice of appeal is forwarded to the Clerk of the United States District Court for the District of Delaware for such action, if any, that Court deems appropriate. It does not appear that this Court has authority to take any action in regard to it. The notice was received in this Court on May 4, 2005.

Under the version of 28 U.S.C. § 158(d) currently in effect, a court of appeals has no authority to consider an appeal from a bankruptcy court. Such an appeal must be directed in the first instance to the district court. 28 U.S.C. § 158(a). Since no district court number is identified in your notice of appeal, we must conclude that you have not yet completed the appeal process in the district court. Therefore this Court has no authority to consider the matter unless an appeal is filed from a decision rendered by the district court in the initial appeal.

In any event, even if you have completed the appeal process in the district court, a notice of appeal seeking to initiate an appeal in this Court must be filed with the clerk of the district court as required by Rules 3 and 4, Federal Rules of Appellate Procedure. This Court may not take any action in regard to a notice of appeal until the notice has been entered on the District Court docket and has been certified to this Court by the clerk of the district court.

Very truly yours,

Marcia M. Waldron, Clerk

By:

/s/ Bradford A. Baldus
Bradford A. Baldus
Senior Legal Advisor to the Clerk

cc: Peter T. Dalleo, Clerk (with enclosure)

**A28**

RECEIVED
MAY - 4 2005
U.S.C.A. 3rd CIR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      Chapter 11

BRAC GROUP, INC.                            Case No. 02-12152 (JLP)
(f/k/a Budget Group, Inc.),
                                            Related Docket Nos. 5264 and 5315
            Reorganized Debtor.[1]

**AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection");[2] by which the Plan Administrator requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibits A and B attached to the Objection; and after hearing and consideration of the Objection and arguments contained therein, and the opposition thereto, if any; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to Article XI of the Plan, 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Objection was due and proper under the circumstances; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Objection is sustained as provided herein; and it is further

ORDERED, that the Late Filed Claims identified as "Late Filed Claims to be Disallowed and Expunged" on Exhibit A attached hereto are disallowed in full and expunged in their

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.
[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objection.

DKT. NO. 5330
DT. FILED 12-16-04

A29

entirety; and it is further

ORDERED, that the No Documentation Claims identified as "No Documentation Claims to be Disallowed and Expunged" on Exhibit B attached hereto are disallowed in full and expunged in their entirety; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation or interpretation of this Order.

Dated: December 15, 2004
     Wilmington, Delaware

                            Honorable John L. Peterson
                            United States Bankruptcy Judge

#120480-vAJ
151033.1



**A31**



Late Filed Claims to be Disallowed and Expunged
Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

SFAC Group, Inc. f/k/a Footstar Group, Inc., et al.
Case No. 03-XXXX

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 5745718<br>MIAMI BACK CARE CENTER, INC.<br>TED CHAL DO, CHIROPRACTOR<br>94-730 LANIKAHUA AVE.<br>MILILANI, HI 96789 | 0000055712 | 03-12162 | 08/24/2004 | $595.77 | U | The proof of claim was filed after the Bar Date. |
| 5745859<br>MOORE, MICHELLE & KEITH<br>C/O WILLIAM K. PRICE, P.A., ATTORNEY A<br>NEIL, P., ANTHONY<br>2267 FENN STREET<br>WEST PALM BEACH, FL 33401 | 00005009 | 03-12162 | 09/13/2004 | $1,000,000.00 | U | The proof of claim was filed after the Bar Date. |
| TOTALS | 2 | | | $1,599,395.77 | | |

- END OF LATE EXHIBIT -

PAGE 2 OF 2

Claim Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095        860-687-7500

version_01



## No Presumption Claims to be Disallowed and Expunged
### Exhibit B - Explanation Overview (Non-Substantive) Objection

BMC Group, Inc., f/k/a Budget Group, Inc., et al.
Case No. 02-11819

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 5772849<br>BILGRAVE, MICHAEL<br>3111 TAFT AVE.<br>CLEVELAND, TX 77387 | 00000236 | 02-11818 | 04/02/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5771889<br>MOODY, SERENA<br>3793 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36110 | 00000410 | 02-12167 | 06/29/2003 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| TOTALS | 2 | | | $140,000.00 | | |

- END OF NODOC EXHIBIT -

PAGE 1 OF  1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group / 4 Griffin Road North, Windsor, CT 06095    860-687-7500

nondoc_01

A33

Subject: FW: CH-11 02-12152-JLP "Order" BRAC Group, Inc.,

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from LCN, entered on 12/16/2004 at 2:09 PM EST and filed on 12/16/2004

Case Name:       BRAC Group, Inc., et al (f/k/a Budget Group, Inc)
Case Number:     02-12152-JLP
Document Number: 5332

Docket Text:
Order (AMENDED) Approving Eighteenth Omnibus (Non-Substantive) Objection to Claims. (related document(s)[5264], [5315] ) Order Signed on 12/15/2004. (LCN, )

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:T:\LCN\Scanning\12.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=983460418 [Date=12/16/2004] [FileNumber=3277193-0
] [21eb400bf7ba0e886c4f129951ab9001ce7849ebf5efe2d19faa084187f10fcba95
8b4f989f19a964ba2d7faac96f17672933e7da2f97d461520c8eef04746e6]]

02-12152-JLP Notice will be electronically mailed to:

David G. Aelvoet     davida@publicans.com,

Athanasios E. Agelakopoulos    bankruptcy@ycst.com,

Elihu Ezekiel Allinson III    bankruptcy@pacdelaware.com

Curtis S. Alva    jschlosberg@shutts-law.com

Elizabeth Banda    arlbank@pbfcm.com, brodriguez@pbfcm.com;bmedley@pbfcm.com

William Wright Banks    wright.banks@law.state.ga.us,

Austin Kelser Barron    abarron@omm.com, cmorris@omm.com

Sean Matthew Beach    bankruptcy@ycst.com

12/17/2004

## A34

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BRAC GROUP, INC.
(f/k/a Budget Group, Inc.),

            Reorganized Debtor.[1]

Chapter 11

Case No. 02-12152 (JLP)

Related Docket Nos. 5264 and 5315

**CERTIFICATION OF COUNSEL REGARDING THE
EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

I, Gregory A. Taylor, hereby certify the following:

1.       I am an attorney with Ashby & Geddes, P.A., Delaware Counsel to Walker, Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator"), with respect to the above-captioned case.

2.       On November 4, 2004, the Plan Administrator filed and served the Eighteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [Docket No. 5264] (the "Eighteenth Omnibus Objection").   Schedules of the claims subject to objection via the Eighteenth Omnibus Objection were attached to the Eighteenth Omnibus Objection as Exhibits A and B (the "Eighteenth Omnibus Objection Exhibits").

3.       On December 7, 2004, the Court convened a hearing and subsequently entered an Order approving the Eighteenth Omnibus Objection [Docket No. 5315] (the "Eighteenth

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

A35

DKT. NO. 5325

DT. FILED 12·10·04