Omnibus Order"). Following entry of the Eighteenth Omnibus Order, the Plan Administrator discovered that the Eighteenth Omnibus Order incorrectly references the Exhibits attached thereto.

4.      Specifically, the Eighteenth Omnibus Objection Proposed Order refers to the claims identified on Exhibit A attached to the Order as "No Documentation Claims to be Disallowed and Expunged," when in fact such claims are identified on Exhibit A as "Late Filed Claims to be Disallowed and Expunged," and, conversely, the Order refers to the claims identified on Exhibit B attached to the Order as "Late Filed Claims to be Disallowed and Expunged," when in fact such claims are identified on Exhibit B as "No Documentation Claims to be Disallowed and Expunged."

5.      Thus, in order to correct the record, the undersigned counsel to the Plan Administrator hereby submits the form of Amended Order approving the Eighteenth Omnibus Objection attached hereto as Exhibit 1, which correctly references the claims identified on the Eighteenth Omnibus Objection Exhibits. Accordingly, the undersigned respectfully requests entry of the Amended Order attached hereto as Exhibit 1 at the Court's earliest convenience.

Dated: December 10, 2004

                                ASHBY & GEDDES, P.A.


                                William P. Bowden (I.D. #2553)
                                Gregory A. Taylor (I.D. #4008)
                                222 Delaware Avenue, 17th Floor
                                P.O. Box 1150
                                Wilmington, DE  19899
                                (302) 654-1888

*-and-*

BROWN RUDNICK BERLACK
ISRAELS LLP
Peter J. Antoszyk, Esq.
Daniel J. Saval, Esq.
One Financial Center
Boston, MA  02111
(617) 856-8200

Counsel to the Plan Administrator

151054.1

3

**A37**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BRAC GROUP, INC.
(f/k/a Budget Group, Inc.),

Reorganized Debtor.[1]

Chapter 11

Case No. 02-12152 (JLP)

Related Docket Nos. 5264 and 5315

### AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection");[2] by which the Plan Administrator requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibits A and B attached to the Objection; and after hearing and consideration of the Objection and arguments contained therein, and the opposition thereto, if any; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to Article XI of the Plan, 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Objection was due and proper under the circumstances; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Objection is sustained as provided herein; and it is further

ORDERED, that the Late Filed Claims identified as "Late Filed Claims to be Disallowed and Expunged" on Exhibit A attached hereto are disallowed in full and expunged in their

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objection.

BRAC Group, Inc, fka Budget Group, Inc., et al.
Case No. 02-12152

## Late Filed Claims to be Disallowed and Expunged
## Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6100825<br>OCMANS, JAMES<br>C/O WALTZER & ASSOCIATES<br>BRUCE C. WALTZER<br>3715 WESTBANK EXP.<br>SUITE 13<br>HARVEY, LA. 70058 | 00006293 | 02-12152 | 04/20/2004 | $10,000.00 | U | The proof of claim was filed after the Bar Date. |
| 6113917<br>DOTTERY, LARRY II<br>C/O MARC MENDELSON, ESQ.<br>RITA COSTOPOULOS, ESQ.<br>16040 WEST TEN MILE ROAD<br>SOUTHFIELD, MI 48075 | 00006238 | 02-12152 | 05/27/2004 | $150,000.00 | U | The proof of claim was filed after the Bar Date. |
| 5313209<br>MCCOY, GENINA<br>3180 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 38118 | 00006910 | 02-12167 | 05/26/2005 | $70,000.00 | U | The proof of claim was filed after the Bar Date. |

Claim Keys: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095    888-667-7296

version_01

A39

IMPAC Group, Inc. f/k/a Budget Group, Inc., et al.
Case No. 02-12152

**Late Filed Claims to be Disallowed and Expunged**
**Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection**

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 6180725<br>MILILANI BACK CARE CENTER, INC.<br>TED CHUN D.C., CHIROPRACTOR<br>95-720 LANIKUHANA AVE.<br>MILILANI, HI 96789 | 00006512 | 02-12152 | 09/21/2004 | $305.71 | U | The proof of claim was filed after the Bar Date. |
| 6483623<br>MOORE, MICHELLE & KEITH<br>C/O WILLIAM W. PRICE, P.A., ATTORNEY A<br>NEIL P. ANTHONY<br>320 FERN STREET<br>WEST PALM BEACH, FL 33401 | 00006209 | 02-12152 | 03/11/2004 | $1,000,000.00 | U | The proof of claim was filed after the Bar Date. |
| TOTALS: | 5 | | | $1,330,365.71 | | |

- END OF LATE EXHIBIT -

PAGE 2 OF  2

Claim Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095          866-857-7666

version_01

BRAC Group, Inc. f/k/a Budget Group, Inc., et al .
Case No. 02-12152

## No Documentation Claims to be Disallowed and Expunged
### Exhibit B - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 5772844<br>BELCRAVE, MICHAEL<br>311 TAFT AVE.<br>CLEVELAND, TX 77327 | 00008283 | 02-12182 | 08/10/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 5512080<br>MCCOY, GERMA<br>3150 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00004910 | 02-12167 | 05/28/2003 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| TOTALS: | 2 | | | $140,000.00 | | |

- END OF NODOC EXHIBIT -

PAGE 1 OF  1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group 4 Griffin Road North, Windsor, CT 06095        860-687-7990

version_01

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on the 10th day of December 2004, I caused a true and correct copy of the *Certification of Counsel Regarding the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated:

Gregory A. Taylor (I.D. #4008)

120926v2

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List for 18th Omn. Cl. Obj.
149640.1

**HAND DELIVERY**
Robert S. Brady, Esq.
Joseph A Malfitano, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899
*Counsel to the Debtors*

Lawrence J. Nyhan, Esq
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago IL 60603
*Debtor in Possession*

Shmuel Vasser, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
*Budget Rent A Car System*

Budget Group, Inc.
Attn: David Coonfield
125 Basin Street, Suite 210
Daytona Beach, FL 32114
*Debtor*

Edward H. Arnold, III, Esq.
Seth A. Levine, Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
*New Orleans International Airport*

John A. Anthony, Esq.
GRAYROBINSON, P.A.
P.O. Box 3324
Tampa, Florida 33601
*Eckerd Corporation*

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

**HAND DELIVERY**
Margaret Harrison, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
*Trustee*

Budget Group, Inc.
Attn: Bill Johnson, CFO
4225 Naperville Road
Lisle, IL 60532
*Debtor*

**HAND DELIVERY**
Mark D. Collins
Richard Layton & Finger
One Rodney Square
Wilmington, DE 19801
*UK Plan Administrator*

**HAND DELIVERY**
Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
*Budget Rent A Car System*

James Comans
C/o Waltzer & Associates
Bruce C. Waltzer
3715 Westbank Exp.; Ste. 13
Harvey, LA 70058

**HAND DELIVERY**
Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street, Suite 1501
P.O. Box 1347
Wilmington, Delaware 19899-1347

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

**A43**

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List for 18th Omn. Cl. Obj.
149640.1

Larry Dottery, II
c/o Marc Mendelson, Esq.
Rita Kostopoulos, Esq.
19080 West Ten Mile Road
Southfield, MI 48075

Carroll Dunaway
c/o Herald Moore & Willett PLLC
1901 Central Drive; Ste. 610
Bedford, TX 76021

Grace Dunaway
28700 Waikiki Ln.
Montgomery, TX 77356

Demetria Lincoln
4410 Fanconia Dr.
Apt. A
Montgomery, AL 36116

Mililani Back Care Center, Inc.
Ted Chun, D.C., Chiropractor
95-720 Lanikuhana Ave.
Mililani, HI 96789

Michelle & Keith Moore
c/o William W. Price, PA
Neil P. Anthony
320 Fern St.
West Palm Beach, FL 33401

Victor Anyakwo
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Michael Belgrave
311 Taft Ave.
Cleveland, TX 77327

Michelle Cox
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Gerina McCoy
3160 Virginia Downs
Apt. A
Montgomery, AL 36116

**A44**

**Miscellaneous:**

02-12152-JLP BRAC Group, Inc., et al (f/k/a Budget Group, Inc)

U.S. Bankruptcy Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Taylor, Gregory Alan entered on 12/10/2004 at 10:37 AM EST and filed on 12/10/2004

Case Name:        BRAC Group, Inc., et al (f/k/a Budget Group, Inc)
Case Number:      02-12152-JLP
Document Number: 5325

Docket Text:
Certification of Counsel *Regarding Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* (related document(s)[5264], [5315] ) Filed by Plan Administrator (Taylor, Gregory)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\Documents and Settings\JSchier%\Desktop\coc.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=983460418 [Date=12/10/2004] [FileNumber=3246951-0
] [839edc20061dff679fe929f335e163924444f92e84ccf1f16958ed4a0561832bef7
b5d8b600e83eab54e8f27b1107ff69d2365fa3362d3ceb7e016cf0e4cf4e5]]

02-12152-JLP Notice will be electronically mailed to:

David G. Aelvoet    davida@publicans.com,

Athanasios E. Agelakopoulos    bankruptcy@ycst.com,

Elihu Ezekiel Allinson III    bankruptcy@pacdelaware.com

Curtis S. Alva    jschlosberg@shutts-law.com

Elizabeth Banda    arlbank@pbfcm.com, hrodriguez@pbfcm.com;bmedley@pbfcm.com

William Wright Banks    wright.banks@law.state.ga.us,

Austin Kelser Barron    abarron@omm.com, cmorris@omm.com

Sean Matthew Beach    bankruptcy@ycst.com

Richard D. Becker    rick.becker@delanet.com

A45



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BRAC GROUP, INC.<br>(f/k/a Budget Group, Inc.), | Case No. 02-12152 (CGC) |
| Reorganized Debtor.[1] | Related Docket No. 5264 |

**ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims

Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local

Rule 3007-1 (the "Objection");[2] by which the Plan Administrator requested the entry of an order

disallowing in full and expunging each of the claims listed on Exhibits A and B attached to the

Objection; and after hearing and consideration of the Objection and arguments contained therein,

and the opposition thereto, if any; and the Court finding that (a) the Court has jurisdiction over

this matter pursuant to Article XI of the Plan, 28 U.S.C. §§ 157 and 1334, (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Objection was due and proper

under the circumstances; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Objection is sustained as provided herein; and it is further

ORDERED, that the No Documentation Claims identified as "No Documentation Claims

to be Disallowed and Expunged" on Exhibit A attached hereto are disallowed in full and

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to Section 4.1 of the Second Amended
Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21,
2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor
subsidiaries.

DKT. NO. _5315_

DT. FILED _12-6-04_

expunged in their entirety; and it is further

ORDERED, that Late Filed Claims identified as "Late Filed Claims to be Disallowed and Expunged" on Exhibit E attached hereto are disallowed in full and expunged in their entirety; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation or interpretation of this Order.

Dated: December 6, 2004
        Wilmington, Delaware

Honorable John L. Peterson
United States Bankruptcy Judge

#1000000 v3

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objection.

SMAG Group, Inc., Mile Budget Group, Inc., et al.
Case No. 02-XXXX

## Late Filed Claims to be Disallowed and Expunged
### Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 016635<br>COLMAN, JAMES<br>C/O WALTZER & ASSOCIATES<br>BRUCE C. WALTZER<br>3715 WESTBANK EXP.<br>SUITE 13<br>HARVEY, LA 70058 | 00000283 | 02-13162 | 06/29/2004 | $10,000.00 | U | The proof of claim was filed after the Bar Date. |
| 011597<br>DOTTERY, LARRY L<br>C/O MARC HENDERSON, ESQ.<br>RITA HENTOHOUADE, ESQ.<br>1899 WEST TEN MILE ROAD<br>SOUTHFIELD, MI 48075 | 00000226 | 02-13162 | 06/27/2004 | $160,000.00 | U | The proof of claim was filed after the Bar Date. |
| 017060<br>MOODY, GEMMA<br>2149 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 36116 | 00000010 | 02-13167 | 06/09/2003 | $79,635.00 | U | The proof of claim was filed after the Bar Date. |

PAGE 1 OF 2

Claim Mgr: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingent, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06095     860-687-7966     Version_01

## Late Filed Claims to be Disallowed and Expunged
### Exhibit A - Eighteenth Omnibus (Non-Substantive) Objection

RMG Names, Inc. f/k/a Mirage Group, Inc., et al.
Claim No. 03-12152

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount* | Claim Priority Status | Basis for Objection |
|---|---|---|---|---|---|---|
| 0107.03<br>MULANI BACK CARE CENTER, INC.<br>TED DAHM, D.C. CHIROPRACTOR<br>95-721 LANIAKAHA AVE.<br>MILANI, HI 96789 | 0505512 | 03-12152 | 04/21/2004 | $303.71 | U | The proof of claim was filed after the Bar Date. |
| 0402.80<br>MODEL, MICHELLE & HSTIN<br>C/O WILLIAM W. PRICE, P.A., ATTORNEY A<br>NEIL P. ANTHONY<br>329 PERN STREET<br>WEST PALM BEACH, FL 33401 | C0000004 | 03-12152 | 03/11/2004 | $1,000,000.00 | U | The proof of claim was filed after the Bar Date. |
| TOTALS: | 8 | | | $1,514,585.71 | | |

~ END OF LATE EXHIBIT ~

PAGE 2 OF 2

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group, 4 Griffin Road North, Windsor, CT 06006     860-687-7596

version_01

RMC Group, Inc. f/k/a Budget Group, Inc., et al.

## No Recommending Claims to be Displaced and Expunged
### Exhibit B - Eighteenth Omnibus (Non-Substantive) Objection

| Creditor Name and Address | Claim Number | Case Number | Date Claim Filed | Total Claim Amount | Claim Priority Status | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 573244<br>BELGRAVE, MICHAEL<br>311 TROY AVE.<br>CLEVELAND, TX 77327 | 0000899 | 02-12162 | 06/10/2004 | $70,000.00 | U | The claimant has submitted no documentation to support the claim. |
| 573269<br>MOODY, GIRMA<br>7846 VIRGINIA DOWNS<br>APT. A<br>MONTGOMERY, AL 39116 | 0000910 | 02-12167 | 06/02/2003 | $70,300.00 | U | The claimant has submitted no documentation to support the claim. |
| TOTALS | 2 | | | $140,600.00 | | |

- END OF HODCO EXHIBIT -

PAGE 1 OF 1

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The Trumbull Group • Griffin Road North, Windsor, CT 06095    860-687-7666

version_01

A50

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:                                                    Chapter 11
BRAC GROUP, INC. (f/k/a Budget Group, Inc.),              Case No. 02-12152 (JLP)
            Reorganized Debtor.

        v.

MICHAEL BELGRAVE (f/k/a Came' International Travel & Tours, Inc.)
            Claimant

NOTICE OF EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003
AND 3007 AND LOCAL RULE 3007-1

        **PLEASE TAKE NOTICE** that the Plan Administrator for the above captioned debtor filed its
Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy
code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection") with the United States
Bankruptcy Court for the District of Delaware.

        **PLEASE TAKE FURTHER NOTICE** that a hearing on the Objection (the "Hearing") will be
held before the Honorable John L. Peterson, United States Bankruptcy Judge, in the United States
Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801 on December 7, 2004 at 10:30
a.m. (Eastern Time).

        **PLEASE TAKE FURTHER NOTICE** that this claim is valid and should not be disallowed or
modified for reasons set forth in the Objection including, MICHAEL BELGRAVE of 311 Taft Avenue,
Cleveland Texas 77327 Phone 281-592-4892 Facsimile 281-592-4892. The Claimant is the
owner/manager of above named corporation who transacted rental car business from the period of July 31,
1992 - Dec 31, 2001. The corporation was recognized by BRAC Group via the International Airlines
Travel Agent Network ("IATA") designation or numbers of 33750975 and 33509383. Upon internal
audit, the sum of $70,000.00 representing unpaid commissions due to MICHAEL BELGRAVE has not
been satisfied.

        **PLEASE TAKE FURTHER NOTICE** that evidence of this fact is stored in microfiche format
at former BRAC Group Headquarters in Parsippany NJ (now Cedant Corporation). Their Commissions
Department (800-322-0494) has verified transaction histories exist per Supervisor Denise Johnston. Also,
I have e-mailed such requests to BRAC Group at com.serve@cedant.com.

MICHAEL BELGRAVE

cc: Plan Administrator

**A51**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:                                              Chapter 11
BRAC GROUP, INC. (f/k/a Budget Group, Inc.),        Case No. 02-12152 (JLF)
          Reorganized Debtor.

**OBJECTION TO ORDER and AMENDED ORDER APPROVING EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the"Objection") by which the Plan Administrator (William P. Bowden I.D.#2553 and Gregory A. Taylor I.D.#4008) requested the entry of an order disallowing in full and expunging each of the claims listed on Exhibit A (identified as "No Documentation Claims to be Disallowed and Expunged") and Exhibit B (identified as "Late Filed Claims to be Disallowed and Expunged") were attached to the order (Docket Number 5315 filed 12/6/04).

I, Michael Belgrave (the "Claimant"), hereby attest the following:

1.  I am a claimant in the BRAC GROUP, INC. (f/k/a Budget Group, Inc.) bankruptcy proceeding, where Ashby & Geddes, P.A., Delaware Counsel to Walker, Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator"), with respect to the above captioned case.

2.  On November 17, 2004, the Claimant filed and served the response (Docket Number 5283) along with evidence of documentation listed on Docket Number 5292 11/24/04 and amended Docket Number 5304 12/3/04.

3. The Plan Administrator filed Docket Number 5315 12/6/04 (Approval of Eighteenth Omnibus Objection) which predates hearing yet is endorsed by Honorable John L. Peterson, Bankruptcy Judge and is referenced as 12/7/04 on item 3 of Docket Number 5325 (Amended Order) which no endorsement appears.

4.  Specifically, the signed order being invalid corrupts the Eighteenth Omnibus Objection and should be excluded from the plan. The amended order was filed (3) days after the court hearing which negates the purpose of the Eighteenth Omnibus Objection and should be hereby excluded from the plan.

5.  Thus, in order to correct the record, I pray the court dismiss in full the Eighteenth Omnibus Objection, whereas the undersigned counsel to the Plan Administrator should honor my claim at the Court's earliest convenience.

Dated December 15, 2004

MICHAEL BELGRAVE

**A52**

Dated: February 5, 2004
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Edmon L. Morton (Bar No. 3856)
Joseph A. Malfitano (No. 4020)
Matthew B. Lunn (No. 4119)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600



- and -

**SIDLEY AUSTIN BROWN & WOOD LLP**
Larry J. Nyhan
James F. Conlan
Matthew A. Clemente
Dennis M. Twomey
Bank One Plaza
10 S. Dearborn
Chicago, IL 60603
(312) 853-7000

Counsel for Debtors and Debtors in Possession

**A53**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BRAC GROUP, INC.
(f/k/a Budget Group, Inc.),

Reorganized Debtor.[1]

Chapter 11

Case No. 02-12152 (JLP)

### NOTICE OF AMENDED AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON
### TUESDAY, DECEMBER 7, 2004 AT 10:30 A.M. (Eastern Time)[2]

*(Any party wishing to participate telephonically in the hearing and who has obtained authority from the Court to do so may contact the Plan Administrator's undersigned counsel to obtain the relevant call-in information.)*

**\*Amended Items Appear in bold**

<u>WITHDRAWN MATTERS:</u>

1.  Motion for Payment of Administrative Expenses/Claims Filed by State Farm Mutual Automobile Insurance Company (Filed June 7, 2004) [Docket No. 4278]

    Objection/Response Deadline:          July 5, 2004 at 4:00 p.m. (Extended for the Plan Administrator)

    Objection/Response Received:          None at this time

    Related Documents:

    (i)    Notice Of Withdrawal Of Motion For Allowance Of An Administrative Claim (Filed November 12, 2004) [Docket No. 5274]

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

[2] This Notice of Agenda has been served in accordance with Del. Bankr. L.R. 9029-3 and an Affidavit of Service is on file.

DKT. NO. 5304

DT. FILED 12·3·04

A54

Status:        This matter has been withdrawn.

2.    Motion of Bonnie L. Cunningham For Relief From The Automatic Stay (Filed on September 8, 2004) [Docket No. 5193]

Objection/Response Deadline:        October 25, 2004 at 4:00 p.m. (Extended for the Plan Administrator to November 22, 2004 at 4:00 p.m.)

Objection/Response Received:        None at this time.

Related Documents:

(i)    Amended Notice Of Motion Of Plaintiff Bonnie L. Cunningham For Relief From Automatic Stay Under §362 Of The Bankruptcy Code (Filed October 13, 2004) [Docket No. 5235]

(ii)    Notice of Withdrawal of Motion for Relief From Stay (Filed October 28, 2004) [Docket No. 5257]

Status:        This matter has been withdrawn.

## CONTINUED MATTERS:

3.    Request Of R$^2$ Investments, Ltd. For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver Of Requirements Of Local Rule 2016 Pursuant to Local Rule 2016(h) (Filed July 7, 2004) [Docket No. 4410]

Objection/Response Deadline:        August 31, 2004 at 4:00 p.m.

(a)    United States Trustee's Objection Request Of R$^2$ Investments, Ltd. For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver of Requirements Of Local Rule 2016 Pursuant To Local Rule 2016(h) (Filed September 7, 2004) [Docket No. 5191]

Related Documents:

(i)    Amended Notice Of Hearing On The Request For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver Of Requirements Of Local Rule 2016 Pursuant To Local Rule 2016(h) (Filed July 22, 2004) [Docket No. 4806]

150404.1

2

## A55

**Status:**     This matter has been adjourned to February 10, 2005 at 3:30 p.m.

## UNCONTESTED MATTERS:

4.    Motion For Order Extending The Period Within Which The Reorganized Debtor May Remove Actions Pursuant To 28 U.S.C. 1452 And Federal Rules Of Bankruptcy Procedure 9006 And 9027 (Filed October 15, 2004) [Docket No. 5237]

   **Objection/Response Deadline:**          November 5, 2004 at 4:00 p.m.

   **Objection/Response Received:**          None

   **Related Documents:**

   (i)    Amended Notice of Hearing (Filed October 18, 2004) [Docket No. 5254]

   (ii)   Certificate of No Objection (Filed November 24, 2004) [Docket No. 5291]

   **Status:**     This matter is going forward.

## CONTESTED MATTERS:

5.    Motion Of The BRAC II Plan Administrator For Order Extending Deadline To Object To Administrative Claims (Filed October 20, 2004) [Docket No. 5245]

   **Objection/Response Deadline:**          November 24, 2004 at 4:00 p.m.

   **Objection/Response Received:**          None to date

   **Related Documents:**

   (i)    Certificate of No Objection (Filed November 29, 2004) [Docket No. 5297]

   **Status:**     This matter is going forward.

6.    First Omnibus Objection And Motion For Order (I) Disallowing And Expunging Or (II) Reclassifying Proofs Of Administrative And Priority Claims (Substantive) (Filed on October 20, 2004) [Docket No. 5246]

   **Objection/Response Deadline:**          November 24, 2004 at 4:00 p.m.

   **Objection/Response Received:**          None to date

150404.1

3

**A56**

Related Documents:

    (i)    Notice of Submission of Proofs of Claim (Filed November 23, 2004) [Docket No. 5290]

    (ii)    Certificate of No Objection (Filed November 29, 2004) [Docket No. 5298]

Status:    This matter is going forward.

7.    Eighteenth Omnibus (Non-Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 4, 2004) [Docket No. 5264]

Objection/Response Deadline:    November 22, 2004 at 4:00 p.m. (Extended for The Estate of Grace Dunaway and Carroll Dunaway)

Objection/Response Received:

    (a)    Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by Michael Belgrave (Filed November 17, 2004) [Docket No. 5283]

    (b)    **Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by Victor Anyakwo (Filed November 29, 2004) [Docket No. 5295]**

    (c)    **Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by Michelle Cox (Filed November 29, 2004) [Docket No. 5296]**

    (d)    **Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by The Estate of Grace Dunaway and Carroll Dunaway (Filed November 30, 2004) [Docket No. 5300]**

Status:    **This matter is going forward. The Plan Administrator will be withdrawing this matter as it relates to Victor Anyakwo, Michelle Cox, and Grace and Carroll Dunaway.**

8.    Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(b) and 502(d) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 4, 2004) [Docket No. 5265]

Objection/Response Deadline:    November 22, 2004 at 4:00 p.m.

Objection/Response Received:

(a)    Response Of Patricia Mack Regarding Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(B) And 502(D) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 12, 2004) [Docket No. 5273]

(b)    Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Patricia Mack (Filed November 15, 2004) [Docket No. 5276]

(c)    Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Alphonso Kirven (Filed November 15, 2004) [Docket No. 5277]

(d)    Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Alphonso Kirven and Patricia Mack (Filed November 22, 2004) [Docket No. 5285]

(e)    Response To Objection Of Claim Of Kenneth Fields (Filed November 22, 2004) [Docket No. 5289]

(f)    **Response To Nineteenth Omnibus (Non-Substantive) Objection To Claims filed by Kenneth Fields (Filed December 1, 2004) [Docket No. 5301]**

**Related Documents:**

(i)    Notice Of The Supplement To Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(B) And 502(D) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 18, 2004) [Docket No. 5280][3]

(ii)    Notice of Submission of Proofs of Claim (Filed November 23, 2004) [Docket No. 5288]

**Status:**    This matter is adjourned to February 10, 2005 at 3:30 p.m. with respect to the claims filed by Alphonso Kirven, Patricia Mack, Walter J. Rosenthal and Kenneth Fields. This matter is going forward with respect to all other claimants.

---

[3]  The Supplement is only applicable to Claims Numbered 3611 and 3612 filed by Alphonso Kirven and Patricia Mack.

150404.1

5

A58

9.    Motion For Entry Of An Order Further Extending The Period Within Which The Reorganized Debtor May Object To Prepetition Claims (Filed November 19, 2004) [Docket No. 5282]

   Objection/Response Deadline:           December 1, 2004 at 4:00 p.m.

   Objection/Response Received:           None to date

   Related Documents:

      (I)    Certificate of No Objection (Filed December 2, 2004) [Docket No. 5303]

   Status:       This matter is going forward.


Dated: December 3, 2004                ASHBY & GEDDES, P.A.


                                       William P. Bowden (I.D. #2553)
                                       Gregory A. Taylor (I.D. #4008)
                                       222 Delaware Avenue, 17th Floor
                                       P.O. Box 1150
                                       Wilmington, DE  19899
                                       Tel:  (302) 654-1888
                                       Fax:  (302) 654-2067

                                       -and-

                                       BROWN RUDNICK BERLACK ISRAELS LLP
                                       Peter J. Antoszyk, Esq.
                                       Susan A. Simone, Esq.
                                       Daniel J. Saval, Esq.
                                       One Financial Center
                                       Boston, MA  02111
                                       Tel:  (617) 856-8200
                                       Fax:  (617) 856-8201

                                       *Counsel to the Plan Administrator*


150404.1                          6

**A59**

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, Esq. hereby certify that on the 3rd day of December, 2004, I caused a true and correct copy of the attached *NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 7, 2004 AT 10:30 A.M.* to be served upon the parties on the attached service list by First Class U.S. Mail, postage prepaid, or in the manner so indicated.

150404.1

Gregory A. Taylor (I.D. #4008)

**A60**

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
150515v1

**HAND DELIVERY**
Robert S. Brady, Esq.
Joseph A Malfitano, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899
*Counsel to the Debtors*

Lawrence J. Nyhan, Esq
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago IL 60603
*Debtor in Possession*

Shmuel Vasser, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
*Budget Rent A Car System*

Budget Group, Inc.
Attn: David Coonfield
125 Basin Street, Suite 210
Daytona Beach, FL 32114
*Debtor*

Edward H. Arnold, III, Esq.
Seth A. Levine, Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
*New Orleans International Airport*

John A. Anthony, Esq.
GRAYROBINSON, P.A.
P.O. Box 3324
Tampa, Florida 33601
*Eckerd Corporation*

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

**HAND DELIVERY**
Margaret Harrison, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
*Trustee*

Budget Group, Inc.
Attn: Bill Johnson, CFO
4225 Naperville Road
Lisle, IL 60532
*Debtor*

**HAND DELIVERY**
Mark D. Collins
Richard Layton & Finger
One Rodney Square
Wilmington, DE 19801
*UK Plan Administrator*

**HAND DELIVERY**
Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
*Budget Rent A Car System*

James Comans
C/o Waltzer & Associates
Bruce C. Waltzer
3715 Westbank Exp.; Ste. 13
Harvey, LA 70058

**HAND DELIVERY**
Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street, Suite 1501
P.O. Box 1347
Wilmington, Delaware 19899-1347

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

**A61**

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
15051 5v1

Larry Dottery, II
c/o Marc Mendelson, Esq.
Rita Kostopoulos, Esq.
19080 West Ten Mile Road
Southfield, MI 48075

Carroll Dunaway
c/o Herald Moore & Willett PLLC
1901 Central Drive; Ste. 610
Bedford, TX 76021

Grace Dunaway
28700 Waikiki Ln.
Montgomery, TX 77356

Demetria Lincoln
4410 Fanconia Dr.
Apt. A
Montgomery, AL 36116

Mililani Back Care Center, Inc.
Ted Chun, D.C., Chiropractor
95-720 Lanikuhana Ave.
Mililani, HI 96789

Michelle & Keith Moore
c/o William W. Price, PA
Neil P. Anthony
320 Fern St.
West Palm Beach, FL 33401

Victor Anyakwo
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Michael Belgrave
311 Taft Ave.
Cleveland, TX 77327

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth Fields
George Stanbury, Esq.
Stanbury Fishelman & Wisner, Inc.
9200 Sunset Blvd.
P1430
Los Angeles, CA 90067

Hudson United Bank
c/o The Van Borkulo-Nuzzo Law Firm
Maribelisa Marti, Paralegal
1000 Macarthur Blvd.
Mahwah, NJ 07430

Alphonso Kirven
P.O. Box 12364
Florence, SC 29504

Anthony Kpoyour
c/o Sachs Waldman PC
Brian McKenna, Esq.
1000 Farmer St.
Detroit, MI 48226

A62

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
150515v1

Patricia Mack
P.O. Box 12364
Florence, SC 29504

James Autrey Riley
5220 Weber Road, #204D
Corpus Christi, TX 78411

Halat G. Yosif
c/o Mayo Norris & Carpenter
Henry H. Carpenter, Jr.
28 Middleton St.
Nashville, TN 37210

Walter J. Rosenthal
c/o Jeffer Mangels Butler & Marmaro
Thomas M. Geher
1900 Avenue of the Stars; 7th Floor
Los Angeles, CA 90067-4308

John Wiles
c/o Sachs Waldman PC
Brian McKenna, Esq.
1000 Farmer St.
Detroit, MI 48226

Jaime A. Rothman, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001
*Counsel to CW Woods*

Savo Hiking
P.O. Box 18336
San Jose, CA 95158-8336

McKee Auto Truck & Equipment, Inc.
8544 N Dale Mabry
Tampa, FL 33614

Raymond A. McKee
5550 Bob Smith Ave
Plant City, FL 33565

Gordon T. Page and Linda A. Page
JT TEN Discretionary
5104 E. Longboat Pl.
Tampa, FL 33615

Michelle Cox
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Gerina McCoy
3160 Virginia Downs
Apt. A
Montgomery, AL 36116

A63

## File a Notice:
02-12152-JLP BRAC Group, Inc., et al (f/k/a Budget Group, Inc)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Taylor, Gregory Alan entered on 12/3/2004 at 2:58 PM EST and filed on 12/3/2004
**Case Name:**    BRAC Group, Inc., et al (f/k/a Budget Group, Inc)
**Case Number:**    02-12152-JLP
**Document Number:** 5304

**Docket Text:**
Amended Notice of Agenda of Matters Scheduled for Hearing *on Tuesday, December 7, 2004 at 10:30 a.m. (Eastern Time)* Filed by Plan Administrator Hearing scheduled for 12/7/2004 at 10:30 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Taylor, Gregory)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\JSchier%\Desktop\agenda.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=12/3/2004] [FileNumber=3225369-0]
[34a3491d327f365d06bbcafd9ed68a90006c090930d00671681b30bb9154621d0ccf
cbf4cbc8cddc12ba0bd45b2c940e5dcbb5a57740c1de7eb88bb444529cd4]]

**02-12152-JLP Notice will be electronically mailed to:**

David G. Aelvoet    davida@publicans.com,

Athanasios E. Agelakopoulos    bankruptcy@ycst.com,

Elihu Ezekiel Allinson III    bankruptcy@pacdelaware.com

Curtis S. Alva    jschlosberg@shutts-law.com

Elizabeth Banda    arlbank@pbfcm.com, hrodriguez@pbfcm.com;bmedley@pbfcm.com

William Wright Banks    wright.banks@law.state.ga.us,

Austin Kelser Barron    abarron@omm.com, cmorris@omm.com

Sean Matthew Beach    bankruptcy@ycst.com

Richard D. Becker    rick.becker@delanet.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**



| | |
|---|---|
| *In re*: | Chapter 11 |
| BRAC GROUP, INC.<br>(f/k/a Budget Group, Inc.), | Case No. 02-12152 (JLP) |
| Reorganized Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
TUESDAY, DECEMBER 7, 2004 AT 10:30 A.M. (Eastern Time)[2]**

*(Any party wishing to participate telephonically in the hearing and who has obtained
authority from the Court to do so may contact the Plan Administrator's undersigned counsel
to obtain the relevant call-in information.)*

<u>WITHDRAWN MATTERS:</u>

1.  Motion for Payment of Administrative Expenses/Claims Filed by State Farm Mutual Automobile Insurance Company (Filed June 7, 2004) [Docket No. 4278]

    **Objection/Response Deadline:**  July 5, 2004 at 4:00 p.m. (Extended for the Plan Administrator)

    **Objection/Response Received:**  None at this time

    **Related Documents:**

    (i)  Notice Of Withdrawal Of Motion For Allowance Of An Administrative Claim (Filed November 12, 2004) [Docket No. 5274]

    **Status:**  This matter has been withdrawn.

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

[2] This Notice of Agenda has been served in accordance with Del. Bankr. L.R. 9029-3 and an Affidavit of Service is on file.

DKT. NO. 5292

DT. FILED 11·24·04

2.    Motion of Bonnie L. Cunningham For Relief From The Automatic Stay (Filed on September 8, 2004) [Docket No. 5193]

Objection/Response Deadline:            October 25, 2004 at 4:00 p.m. (Extended for the Plan Administrator to November 22, 2004 at 4:00 p.m.)

Objection/Response Received:            None at this time.

Related Documents:

(i)    Amended Notice Of Motion Of Plaintiff Bonnie L. Cunningham For Relief From Automatic Stay Under §362 Of The Bankruptcy Code (Filed October 13, 2004) [Docket No. 5235]

(ii)   Notice of Withdrawal of Motion for Relief From Stay (Filed October 28, 2004) [Docket No. 5257]

Status:    This matter has been withdrawn.

## CONTINUED MATTERS:

3.    Request Of R$^2$ Investments, Ltd. For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver Of Requirements Of Local Rule 2016 Pursuant To Local Rule 2016(h) (Filed July 7, 2004) [Docket No. 4410]

Objection/Response Deadline:            August 31, 2004 at 4:00 p.m.

(a)    United States Trustee's Objection Request Of R$^2$ Investments, Ltd. For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver of Requirements of Local Rule 2016 Pursuant To Local Rule 2016(h) (Filed September 7, 2004) [Docket No. 5191]

Related Documents:

(i)    Amended Notice Of Hearing On The Request For (A) Reimbursement Of Fees And Expenses Pursuant To 11 U.S.C. Sec. 503(b)(3)(D), 503(b)(4) And Federal Rule Of Bankruptcy Procedures 2016; And (B) Waiver Of Requirements Of Local Rule 2016 Pursuant To Local Rule 2016(h) (Filed July 22, 2004) [Docket No. 4806]

Status:    This matter has been adjourned to February 10, 2005 at 3:30 p.m.

150404.1

2

## A66

## UNCONTESTED MATTERS:

6.  Motion For Order Extending The Period Within Which The Reorganized Debtor May Remove Actions Pursuant To 28 U.S.C. 1452 And Federal Rules Of Bankruptcy Procedure 9006 And 9027 (Filed October 15, 2004) [Docket No. 5237]

  Objection/Response Deadline:        November 5, 2004 at 4:00 p.m.

  Objection/Response Received:        None

  Related Documents:

    (i)   Amended Notice of Hearing (Filed October 18, 2004) [Docket No. 5254]

    (ii)  Certificate of No Objection (Filed November 24, 2004) [Docket No. 5291]

  Status:        This matter is going forward.

## CONTESTED MATTERS:

7.  Motion Of The BRACII Plan Administrator For Order Extending Deadline To Object To Administrative Claims (Filed October 20, 2004) [Docket No. 5245]

  Objection/Response Deadline:        November 24, 2004 at 4:00 p.m.

  Objection/Response Received:        None to date

  Status:        This matter is going forward.

8.  First Omnibus Objection And Motion For Order (I) Disallowing And Expunging Or (II) Reclassifying Proofs Of Administrative And Priority Claims (Substantive) (Filed on October 20, 2004) [Docket No. 5246]

  Objection/Response Deadline:        November 24, 2004 at 4:00 p.m.

  Objection/Response Received:        None to date

  Related Documents:

    (i)   Notice of Submission of Proofs of Claim (Filed November 23, 2004) [Docket No. 5290]

  Status:        This matter is going forward.

150404.1

3

**A67**

9.  Eighteenth Omnibus (Non-Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 4, 2004) [Docket No. 5264]

Objection/Response Deadline:          November 22, 2004 at 4:00 p.m.

Objection/Response Received:

    (a)  Response To Eighteenth Omnibus (Non-Substantive) Objection To Claims filed by Michael Belgrave (Filed November 17, 2004) [Docket No. 5283]

Status:          This matter is going forward.

10.  Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(b) and 502(d) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 4, 2004) [Docket No. 5265]

Objection/Response Deadline:          November 22, 2004 at 4:00 p.m.

Objection/Response Received:

    (a)  Response Of Patricia Mack Regarding Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(B) And 502(D) Of The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 12, 2004) [Docket No. 5273]

    (b)  Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Patricia Mack (Filed November 15, 2004) [Docket No. 5276]

    (c)  Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Alphonso Kirven (Filed November 15, 2004) [Docket No. 5277]

    (d)  Objection To Nineteenth Omnibus (Substantive) Objection To Claims filed by Alphonso Kirven and Patricia Mack (Filed November 22, 2004) [Docket No. 5285]

    (e)  Response To Objection Of Claim Of Kenneth Fields (Filed November 22, 2004) [Docket No. 5289]

Related Documents:

    (i)  Notice Of The Supplement To Nineteenth Omnibus (Substantive) Objection To Claims Pursuant To Section 502(B) And 502(D) Of

The Bankruptcy Code, Bankruptcy Rules 3003 And 3007 And Local Rule 3007-1 (Filed November 18, 2004) [Docket No. 5280][3]

(ii)    Notice of Submission of Proofs of Claim (Filed November 23, 2004) [Docket No. 5288]

Status:    This matter is adjourned to February 10, 2005 at 3:30 p.m. with respect to the claims filed by Alphonso Kirven, Patricia Mack and Walter J. Rosenthal.  This matter is going forward with respect to all other claimants.

11.    Motion For Entry Of An Order Further Extending The Period Within Which The Reorganized Debtor May Object To Prepetition Claims (Filed November 19, 2004) [Docket No. 5283]

Objection/Response Deadline:    December 1, 2004 at 4:00 p.m.

Objection/Response Received:    None to date

Status:    This matter is going forward.

Dated:  November 24, 2004

ASHBY & GEDDES, P.A.

William F. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel:  (302) 654-1888
Fax:  (302) 654-2067

-and-

---

[3]  The Supplement is only applicable to Claims Numbered 3611 and 3612 filed by Alphonso Kirven and Patricia Mack.

150404.1

5

A69

**BROWN RUDNICK BERLACK ISRAELS LLP**
Peter J. Antoszyk, Esq.
Susan A. Simone, Esq.
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201

*Counsel to the Plan Administrator*

150404.1

6

**A70**

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, Esq. hereby certify that on the 24th day of November, 2004, I caused a true and correct copy of the attached *NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 7, 2004 AT 10:30 A.M.* to be served upon the parties on the attached service list by First Class U.S. Mail, postage prepaid, or in the manner so indicated.

150404.1

Gregory A. Taylor (I.D. #4008)

A71

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
150515v1

**HAND DELIVERY**
Robert S. Brady, Esq.
Joseph A Malfitano, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899
*Counsel to the Debtors*

Lawrence J. Nyhan, Esq
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago IL 60603
*Debtor in Possession*

Shmuel Vasser, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
*Budget Rent A Car System*

Budget Group, Inc.
Attn: David Coonfield
125 Basin Street, Suite 210
Daytona Beach, FL 32114
*Debtor*

Edward H. Arnold, III, Esq.
Seth A. Levine, Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
*New Orleans International Airport*

John A. Anthony, Esq.
GRAYROBINSON, P.A.
P.O. Box 3324
Tampa, Florida 33601
*Eckerd Corporation*

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

**HAND DELIVERY**
Margaret Harrison, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
*Trustee*

Budget Group, Inc.
Attn: Bill Johnson, CFO
4225 Naperville Road
Lisle, IL 60532
*Debtor*

**HAND DELIVERY**
Mark D. Collins
Richard Layton & Finger
One Rodney Square
Wilmington, DE 19801
*UK Plan Administrator*

**HAND DELIVERY**
Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
*Budget Rent A Car System*

James Comans
C/o Waltzer & Associates
Bruce C. Waltzer
3715 Westbank Exp.; Ste. 13
Harvey, LA 70058

**HAND DELIVERY**
Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street, Suite 1501
P.O. Box 1347
Wilmington, Delaware 19899-1347

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

**A72**

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
150515v1

Larry Dottery, II
c/o Marc Mendelson, Esq.
Rita Kostopoulos, Esq.
19080 West Ten Mile Road
Southfield, MI 48075

Carroll Dunaway
c/o Herald Moore & Willett PLLC
1901 Central Drive; Ste. 610
Bedford, TX 76021

Grace Dunaway
28700 Waikiki Ln.
Montgomery, TX 77356

Demetria Lincoln
4410 Fanconia Dr.
Apt. A
Montgomery, AL 36116

Mililani Back Care Center, Inc.
Ted Chun, D.C., Chiropractor
95-720 Lanikuhana Ave.
Mililani, HI 96789

Michelle & Keith Moore
c/o William W. Price, PA
Neil P. Anthony
320 Fern St.
West Palm Beach, FL 33401

Victor Anyakwo
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Michael Belgrave
311 Taft Ave.
Cleveland, TX 77327

**HAND DELIVERY**
Christopher P. Simon
Cross & Simon, LLC
913 Market Street, Suite 1001
Wilmington DE 19801

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Salomon, Green & Ostrow, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth Fields
George Stanbury, Esq.
Stanbury Fishelman & Wisner, Inc.
9200 Sunset Blvd.
P1430
Los Angeles, CA 90067

Hudson United Bank
c/o The Van Borkulo-Nuzzo Law Firm
Maribelisa Marti, Paralegal
1000 Macarthur Blvd.
Mahwah, NJ 07430

Alphonso Kirven
P.O. Box 12364
Florence, SC 29504

Anthony Kpoyour
c/o Sachs Waldman PC
Brian McKenna, Esq.
1000 Farmer St.
Detroit, MI 48226

A73

In re BRAC Group, Inc.; Case No. 02-12152 (CGC)
Post-Effective Date Rule 2002 Service List
150515v1

Patricia Mack
P.O. Box 12364
Florence, SC 29504

James Autrey Riley
5220 Weber Road, #204D
Corpus Christi, TX 78411

Halat G. Yosif
c/o Mayo Norris & Carpenter
Henry H. Carpenter, Jr.
28 Middleton St.
Nashville, TN 37210

Walter J. Rosenthal
c/o Jeffer Mangels Butler & Marmaro
Thomas M. Geher
1900 Avenue of the Stars; 7th Floor
Los Angeles, CA 90067-4308

John Wiles
c/o Sachs Waldman PC
Brian McKenna, Esq.
1000 Farmer St.
Detroit, MI 48226

Jaime A. Rothman, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001
*Counsel to CW Woods*

Savo Hiking
P.O. Box 18336
San Jose, CA 95158-8336

McKee Auto Truck & Equipment, Inc.
8544 N Dale Mabry
Tampa, FL 33614

Raymond A. McKee
5550 Bob Smith Ave
Plant City, FL 33565

Gordon T. Page and Linda A. Page
JT TEN Discretionary
5104 E. Longboat Pl.
Tampa, FL 33615

Michelle Cox
c/o Michael Smith
21515 Hawthorne Blvd.; Ste. 590
Torrance, CA 90503

Gerina McCoy
3160 Virginia Downs
Apt. A
Montgomery, AL 36116

**A74**

## File a Notice:
02-12152-JLP BRAC Group, Inc., et al (f/k/a Budget Group, Inc)

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Taylor, Gregory Alan entered on 11/24/2004 at 1:05 PM
EST and filed on 11/24/2004
Case Name:        BRAC Group, Inc., et al (f/k/a Budget Group, Inc)
Case Number:      02-12152-JLP
Document Number:  5292

**Docket Text:**
Notice of Agenda of Matters Scheduled for Hearing Filed by Plan Administrator Hearing scheduled for
12/7/2004 at 10:30 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor,
Wilmington, DE 19801. (Taylor, Gregory)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\JSchier%\Desktop\agenda.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/24/2004] [FileNumber=3201634-0
] [7f103f1c17851aff6ae3362a9ed02c050c63c6cba8c5173293bdc2124349b81b976
9ffc8f7048f66f5007d36486e07ecaf8bce68efb2fdabcbd8cc534ccde619]]

**02-12152-JLP Notice will be electronically mailed to:**

David G. Aelvoet    davida@publicans.com,

Athanasios E. Agelakopoulos    bankruptcy@ycst.com,

Elihu Ezekiel Allinson III    bankruptcy@pacdelaware.com

Curtis S. Alva    jschlosberg@shutts-law.com

Elizabeth Banda    arlbank@pbfcm.com, hrodriguez@pbfcm.com;bmedley@pbfcm.com

William Wright Banks    wright.banks@law.state.ga.us,

Austin Kelser Barron    abarron@omm.com, cmorris@omm.com

Sean Matthew Beach    bankruptcy@ycst.com

Richard D. Becker    rick.becker@delanet.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
MAY - 4 2005
U.S.C.A. 3rd Cir.

In re:                                                    Chapter 11

BRAC GROUP, INC. (f/k/a Budget Group, Inc.),             Case No. 02-12152 (JLP)

    Reorganized Debtor. [1]

Responses Due: November 22, 2004 at 4:00 p.m.
Hearing Date: December 7, 2004 at 10:30 a.m.

## NOTICE OF EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

PLEASE TAKE NOTICE that the Plan Administrator for the above-captioned debtor filed its Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that a hearing on the Objection (the "Hearing") will be held before the Honorable John L. Peterson, United States Bankruptcy Judge, in the United States Bankruptcy Court, 824 Market St., 3rd Floor, Wilmington, DE 19801 on December 7, 2004 at 10:30 a.m. (Eastern time).

PLEASE TAKE FURTHER NOTICE that responses (the "Responses") to the Objection, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801 and served upon the undersigned counsel to the Plan Administrator so as to be received no later than 4:00 p.m. (prevailing Eastern time) on November 22, 2004.

PLEASE TAKE FURTHER NOTICE that every Response to the Objection must contain at a minimum the following:

(a) a caption setting forth the name of the Court, the name of the Reorganized Debtor, the case number and the title of the Objection to which the Response is directed; the name of the claimant and description of the basis for the amount of the Claim;

(b) a concise statement setting forth the reasons why the Claim should not be disallowed or modified for reasons set forth in the Objection including, but not limited to, the specific factual and legal basis upon which the claimant relies in opposing the Objection;

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004.

A76

DKT. NO. _5264_

DT. FILED _11-4-04_

(c) the name, address, telephone number and fax number of the person(s) (which may be the claimant or a legal representative thereof) to whom counsel for the Plan Administrator should serve a reply to the Response and who possesses authority to reconcile, settle or otherwise resolve the objection to the Claim on behalf of the claimant.

PLEASE TAKE FURTHER NOTICE that questions about the Objection should be directed in writing to the undersigned counsel to the Plan Administrator. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

PLEASE TAKE FURTHER NOTICE that if a Claimant fails to timely file and serve a Response in accordance with the above requirements, such Claimant will be deemed to have concurred with and consented to the Objection and the relief requested therein, and the Plan Administrator will present to the Bankruptcy Court, without further notice to the Claimant, an appropriate order sustaining the Objection and disallowing and expunging such Claim.

Dated: November 4, 2004

ASHBY & GEDDES, P.A.

William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888

-and-

BROWN RUDNICK BERLACK ISRAELS LLP
Peter J. Antoszyk
Daniel J. Saval
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201

*Co-Counsel to the Plan Administrator*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BRAC GROUP, INC. (f/k/a Budget Group, Inc.),

Reorganized Debtor. [1]

Chapter 11

Case No. 02-12152 (JLP)

Responses Due: November 22, 2004 at 4 p.m.
Hearing Date: December 7, 2004 at 10:30 a.m.

## EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
## TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
## CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Walker Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator") for BRAC Group, Inc., the above-captioned Reorganized Debtor (the "Reorganized Debtor"), hereby files this omnibus objection (the "Objection") to certain claims filed against the Reorganized Debtor by the claimants (collectively, the "Claimants"), which are listed on Exhibits A and B attached hereto (the "Disputed Claims"). By this Objection, the Plan Administrator requests the entry of an order disallowing and expunging the Disputed Claims in their entirety. This Objection is made pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). In support of this Objection, the Plan Administrator submits the declaration of Hobart G. Truesdell (the "Truesdell Declaration") on Exhibit C attached hereto, and respectfully

---

[1] The Debtors were substantively consolidated on May 3, 2004 pursuant to section 4.1 of the Second Amended Joint Chapter 11 Liquidating Plan confirmed on April 23, 2004 and made effective on May 3, 2004. On June 21, 2004, this Court entered a final decree closing the Chapter 11 cases of Budget Group, Inc.'s United States debtor subsidiaries.

1

A78

represents as follows:

## STATUS OF THE CASE AND JURISDICTION

1.     On July 29, 2002 (the "Petition Date"), BRAC Group, Inc. ("BGI") and certain of its subsidiaries (the "BGI Subsidiary Debtors", together with BGI, the "Debtors") commenced certain cases by each filing a voluntary petition for relief under title 11 of the United States Code (the "Bankruptcy Code").   On the Petition Date, the Debtors also jointly filed motions or applications seeking certain typical "first day" orders, including an order to have their cases jointly administered.

2.     On August 8, 2002, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in the Debtors' cases pursuant to section 1102 of the Bankruptcy Code (the "Committee").

3.     On April 20, 2004, this Court confirmed the Debtors' Second Amended Joint Chapter 11 Liquidating Plan of BRAC Group, Inc. and its Debtor Subsidiaries (Docket No. 3728) (the "Plan", the order confirming the Plan, the "Confirmation Order").   The Plan became effective as of May 3, 2003 (the "Effective Date").   As of the Effective Date, pursuant to section 4.7 of the Plan, the Plan Administrator has the authority to continue the claims resolution and objection process.

4.     Pursuant to the Confirmation Order and the Plan, as of the Effective Date, each of the BGI Subsidiary Debtors, with the exception of BRACII, was merged with and into BGI to form Reorganized BGI.   Under section 4.1(a)(i) of the Plan, any claim against any Debtor, with the exception of BRACII,  is deemed to be one claim against and obligation of Reorganized BGI.

2

**A79**

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on May 16, 2005, I caused one copy of the foregoing and each additional item designated to be served upon the persons listed below in the manner indicated.

## HAND DELIVERY

Clerk of the Court
United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE  19801

## BY U.S. MAIL

Michael Belgrave
311 Taft Ave.
Cleveland, TX 77327

Gregory A. Taylor (ID #4008)

**A80**

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on May 27, 2005, I caused one copy of the foregoing **APPENDIX TO THE PLAN ADMINISTRATOR'S MOTION TO DISMISS MICHAEL BELGRAVE'S APPEAL AND MOTION TO STAY MEDIATION PENDING DECISION ON THE PLAN ADMINISTRATOR'S MOTION TO DISMISS APPEAL** to be served upon the persons listed below in the manner indicated.

### BY U.S. MAIL and FEDERAL EXPRESS

Michael Belgrave
311 Taft
Cleveland, TX 77327

Gregory A. Taylor