OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: 6/7/05

TO: Michael Belgrave

SUBJECT: Proof of Service on Local Counsel of Record Required

RE: CA# 05-319 KAJ

CASE CAPTION: Belgrave v. BRAC Group

DOCUMENT TITLE: Response to Motion to Dismiss

Documents have been presented for filing in the above noted case which *do not conform* to one or more of the following: Federal Rules of Civil Procedure 5, District of Delaware Local Rules of Practice & Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they must be served on all local counsel of record, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel service list for this case is attached for your convenience.

If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at **http:www.ded.uscourts.gov**.

cc:  Assigned Judge

Bob C.
Deputy Clerk

INTAKMAN\REJLTR (REV. 5/01)

Docket Clerk to KAJ

# Search Results

Sean M. Beach
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391


Michael Belgrave
Michael Belgrave, Pro se
311 Taft Avenue
Cleveland, TX 77327


Andrew Dieter Cordo
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899


Gregory Alan Taylor
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899


**Total labels:** 4