# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 10, 2005

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

> Re:  *Michael Belgrave v. the Plan Administrator for BRAC Group, Inc.*
> *(In re BRAC Group, Inc.)*, C.A. No. 05-319 (KAJ)

Dear Judge Jordan:

We write as counsel to the Plan Administrator for BRAC Group, Inc., Walker Truesdell & Associates, in connection with the above-referenced bankruptcy proceeding, which has been appealed to the United States District Court for the District of Delaware and is currently before Your Honor. On May 27, 2005, we filed a motion to dismiss the appeal and a motion to stay mediation of the appeal pending decision on the motion to dismiss. According to electronic notice received from the Court on June 7, 2005, Appellant Michael Belgrave submitted a consolidated response to the motion to dismiss and the motion to stay (the "Response") that was considered filed with the Court on June 3, 2005. According to the same electronic notice, the deadline to reply to the Response is June 10, 2005. However, upon docketing the Response, a Notice of Deficiency was issued to Belgrave recognizing his failure to comply with Federal Rule of Civil Procedure 5 and Local Rules 5.2(a) and 5.3, as the Response had not been served upon us.

To date, we have still not been served with the Response. Local Rule 7.1.2(a)(3) provides that a "reply . . . shall be served and filed not later than five days after service *and* filing of the answering brief." (Emphasis added.) While we intend to file a reply within five days of being served with the Response, because Belgrave has not satisfied the service element of this rule, we respectfully submit that the five day time period in which to reply to the Response has not begun to run.

The Honorable Kent A. Jordan
June 10, 2005
Page 2 of 2

We remain available at Your Honor's convenience if there any questions or concerns.

Respectfully submitted,

Gregory A. Taylor

cc:    Michael Belgrave (via Federal Express and U.S. Mail)
       Sean M. Beach, Esquire (via facsimile)
       Peter J. Antoszyk, Esquire (via facsimile)
       Clerk of the United States District Court (via hand delivery)

158322.1