## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on June 17, 2005, I caused one copy of the foregoing **The Plan Administrator's Reply to Michael Belgrave's Response to the Plan Administrator's Motion to Dismiss Appeal and Motion to Stay Mediation** to be served upon the persons listed below in the manner indicated.

### BY U.S. MAIL and FEDERAL EXPRESS

Michael Belgrave
311 Taft
Cleveland, TX 77327

_____
Gregory A. Taylor