IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

---

MICHAEL BELGRAVE                               Civil Action No. 05-319(KAJ)

       v.

In re:                                                         Chapter 11
BRAC GROUP, INC. (f/k/a Budget Group, Inc.),   Case No. 02-12152 (JLP)
    Reorganized Debtor.

---

### APPLICATION TO PROCEED IN FORMA PAUPERIS IN CIVIL ACTION

I, Michael Belgrave declare that I am the plaintiff in the above entitled proceeding; that, in support of my request to proceed without being required to **pre-pay the $1,000.00 initial deposit**, I state that because of my status, I am unable to pre-pay the initial deposit for this action; that I believe I am entitled to relief.

The plaintiff asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed in forma pauperis.

The plaintiff has not previously been granted leave to proceed on forma pauperis in any other court.

The plaintiff's declaration in support of this motion is attached hereto.

Dated June 19, 2005

                                                                                         MICHAEL BELGRAVE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------
MICHAEL BELGRAVE                    Civil Action No. 05-319(KAJ)

              v.

In re:                              Chapter 11
BRAC GROUP, INC. (f/k/a Budget Group, Inc.),   Case No. 02-12152 (JLP)
        Reorganized Debtor.


-------------------------------------------------------

### DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Michael Belgrave, am the plaintiff in the above entitled case. In support of my motion to proceed in forma pauperis, I state that because of my status, I am unable to pre-pay the initial deposit for this action or to give security therefor; that I believe I am entitled to relief.

1. The estimated average amount of money received from each of the following sources during the past 12 months.

| INCOME SOURCE | AVERAGE MONTHLY INCOME | EXPECTED NEXT MONTH |
|---|---|---|
| Employment | $1,760.00 | $1,760.00 |
| Rental Income | $0.00 | $0.00 |
| Interest & Dividends | $0.00 | $0.00 |
| Gifts | $0.00 | $0.00 |
| Alimony | $0.00 | $0.00 |
| Public Assistance | $0.00 | $0.00 |

**Total Monthly Income**   $1,760.00

2. Employment for the past two years, most recent first.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Conroe Independent School District | 5800 W. Davis Conroe, TX | 7/31/2002 - Present | $2,160.00 |

3. How much cash on hand and or savings.

$0.00

4. List of assets and their values.

Motor vehicle
1987 Honda Prelude coupe
$500.00

5. State every person, business or organization owing you money, and the amount owed.

| Entity owing money | Amount owed to you |
|---|---|
| BRAC Group, Inc. | $70,000.00 |
| Mayflower Insurance Co. | $50,000.00 |
| State of New York | $50,000.00 |

6. State the persons that rely on you for support.

| Name | Relationship | Age |
|---|---|---|
| Dishon Belgrave | son | 13 |
| Nyla Belgrave | daughter | 2 |

7. Estimate your average monthly expenses.

| | |
|---|---|
| Rent or mortgage | $ 550.00 |
| Utilities | $ 500.00 |
| Home Maintenance | $ 300.00 |
| Food | $ 200.00 |
| Clothing | $ 100.00 |
| Laundry/Dry cleaning | $ 100.00 |
| Medical/Dental | $ 200.00 |
| Transportation | $ 200.00 |
| Recreation | $ 200.00 |
| Insurance | |
|     Renter's | $ 100.00 |
|     Life | $ 50.00 |
|     Health | $ 50.00 |
|     Motor Vehicle | $ 50.00 |
| Taxes | $ 200.00 |
| Maintenance Paid to Others | $ 150.00 |
| **Total Monthly Expenses** | **$2,950.00** |

8. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?

No.

9. Have you paid - or will be paying an attorney any money for services in connection with this case?

No.

10. Have you paid - or will be paying anyone other than an attorney any money for services in connection with this case?

No.

11. Provide any other information that will help explain why you cannot pay the costs of this case.

All of my disposable income is tied up in litigation. Therefore, my access to certain funds are compromised.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____, 20_____

MICHAEL BELGRAVE