IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------

**MICHAEL BELGRAVE**                    Civil Action No. 05-319(KAJ)

      v.

In re:                                  Chapter 11
**BRAC GROUP, INC. (f/k/a Budget Group, Inc.),**    **Case No. 02-12152 (JLP)**
    Reorganized Debtor.



--------------------------------------------------------

### ON PETITION FOR A WRIT OF CERTIORARI TO

### U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

### PETITION FOR WRIT OF CERTIORARI

Michael Belgrave
311 Taft Avenue
Cleveland, TX 77327
281-592-4892

### LIST OF PARTIES

1. Kevin Gross
   Rosenthal, Monhait, Gross & Goddess, P.A.
   Attorneys at Law
   Suite 1401, 919 Market Street
   P.O. Box 1070
   Wilmington, Delaware 19899-1070

2. Sean M. Beach, Esquire
   Young Conaway Stargatt & Taylor LLP
   The Brandywine Building
   1000 West Street, 17th Floor
   P.O. Box 391
   Wilmington, DE 19899

3. Plan Administrator for BRAC
   Gregory A. Taylor, Esquire
   Ashby & Geddes, P.A.
   222 Delaware Avenue
   P.O. Box 1150
   Wilmington, DE 19899

4. Andrew Dieter Cordo
   Ashby & Geddes
   222 Delaware Avenue
   P.O. Box 1150
   Wilmington, Delaware 19899

5. Peter T. Dalleo
   Clerk of the Court
   United States District Court
   District of Delaware
   Lockbox 18
   844 King Street
   U.S. Courthouse
   Wilmington, Delaware 19801

## TABLE OF CONTENTS

OPINIONS BELOW--------------------------------------------------------------------------------1

JURISDICTION----------------------------------------------------------------------------------2

STATUTORY PROVISIONS INVOLVED-----------------------------------------------------3

STATEMENT OF THE CASE-------------------------------------------------------------------4

REASONS FOR GRANTING THE WRIT----------------------------------------------------5

CONCLUSION-------------------------------------------------------------------------------------6

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------

**MICHAEL BELGRAVE**                                   Civil Action No. 05-319(KAJ)

                  v.

In re:                                                  Chapter 11
**BRAC GROUP, INC. (f/k/a Budget Group, Inc.),**        **Case No. 02-12152 (JLP)**
                  Reorganized Debtor.


------------------------------------------------------------

## PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

## OPINIONS BELOW

The opinion of the highest state court to review the merits appears at U.S. Bankruptcy Court for the District of Delaware Docket #5315 Dated December 6, 2004.

## JURISDICTION

The date on which the highest state court decided my case was December 6, 2004.

A timely petition for objection was thereafter ignored on December 23, 2004.

The jurisdiction of this Court is invoked under 28 U.S.C. 1257(a)

## STATUTORY PROVISIONS INVOLVED

1. Regarding Rule 8001(2) of Federal Rule of Bankruptcy Procedure,Time for Filing Notices of Appeal "An appeal may also be dismissed on motion of the appellant on terms and conditions fixed by the district court or the bankruptcy appellate panel". The Plan Administrator for BRAC GROUP, Inc. is the appellee in this matter, I object to the stipulations presented.

2. Regarding Rule 8002(a)(2)(4b) of Federal Rule of Bankruptcy Procedure, Ten Day Period,  For Relief under Rule 9024 "A notice of appeal filed after the announcement of a decision or order but before entry of the judgment, order or decree shall be treated as filed after such entry  and on the day thereof". "If a notice of appeal is mistakenly filed with the district court or the bankruptcy appellate panel shall note thereon the date on which it was received and transmit it to the clerk and it shall be deemed filed with the clerk on the date so noted". Michael Belgrave filed (12/23/04) in US Bankruptcy Court for the District of Delaware docket #5339 clearly expressing intent to question/appeal/object the approval of the Eighteenth Omnibus Objection.

3. "A notice of appeal may be granted upon showing of excusable neglect". Michael Belgrave anticipated receiving a response to filed docket #5339.

4. "A party intending to challenge an alteration or amendment of the judgment, order or decree, shall file a notice, or an amended notice, of appeal within the time prescribed by this rule (8002) measured from the entry of the last such motion outstanding. No additional fees will be required for filing an amended notice". The Plan Administrator failed to file an answer to docket #5339(Objection to Order and Amended Order docket #5315&5332, respectively, deeming my amended notice within the jurisdiction of the US District Court for the District of Delaware.

5. Regarding Rule 8011(b)(c)(d) of Federal Rule of Bankruptcy Procedure, Motions, Determination of Motions for Procedural Orders, Determination of All Motions, Emergency Motions "Any party adversely affected by such action may move for reconsideration, vacation or modification of the action". Michael Belgrave filed docket #5339 & 5480 respectively, intending to receive a review of the erroneously filed documents.

6. "A motion for a stay , or for other emergency relief may be denied if not presented promptly". The Plan Administrator, prior to my amended appeal ignored my objection, which delayed the process.

7. "Prior to filing the motion - notify opposing counsel...or state why not practical to do so". The Plan Administrator incorrectly certifies: " I attempted to contact Michael Belgrave in order to discuss the subject of the attached motion, but at time of filing, he could not be reached" I, Michael Belgrave hereby attest this statement is false. Also, in the Plan Administrator's "Certificate of Service", on both documents state each person was served "by facsimile, U.S. Mail and Federal Express, untrue and no reason specified.

## STATEMENT OF THE CASE

    I, Michael Belgrave (the "Claimant"), hereby attest the following:

1.  I am a claimant in the BRAC GROUP, INC. (f/k/a Budget Group, Inc.) bankruptcy proceeding, where Ashby & Geddes, P.A., Delaware Counsel to Walker, Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator"), with respect to the above captioned case.

2.  On November 17, 2004. the Claimant **filed and served the response (Docket Number 5283)** along with **evidence of documentation** listed on **Docket Number 5292 11/24/04 and amended Docket Number 5304 12/3/04.**

3. The Plan Administrator filed **Docket Number 5315 12/6/04** (Approval of Eighteenth Omnibus Objection) **which predates hearing yet is endorsed by Honorable John L. Peterson, Bankruptcy Judge and is referenced as 12/7/04 on item 3 of Docket Number 5325** (Amended Order) **which no endorsement appears**.

4.  Specifically, the signed order being invalid, corrupts the Eighteenth Omnibus Objection and should be excluded from the plan. The amended order was **filed (9) days** after the court hearing which negates the purpose of the Eighteenth Omnibus Objection and should be hereby excluded from the plan.

**REASONS FOR GRANTING THE PETITION**

All of my disposable income is tied up in litigation. Therefore, my access to certain funds are compromised.

Specifically, the signed order being invalid, corrupts the Eighteenth Omnibus Objection and should be excluded from the plan. The amended order was **filed (9) days** after the court hearing which negates the purpose of the Eighteenth Omnibus Objection and should be hereby excluded from the plan.

Thus, in order to correct the record, I pray the court dismiss in full the Eighteenth Omnibus Objection, whereas the under-signed counsel to the Plan Administrator should honor my claim of $70,000.00 plus interest compounded daily, at the Court's earliest convenience.

I am a Pro Se claimant,"A notice of appeal may be granted upon showing of excusable neglect". Michael Belgrave anticipated receiving a response to filed docket #5339.

**CONCLUSION**

The petition for a writ of certiorari should be granted.

Respectfully submitted.

-------------------------------------------------

Dated June 19, 2005

# PRIORITY MAIL

## UNITED STATES POSTAL SERVICE ®

**HOW TO USE:**

**1. COMPLETE ADDRESS AREA**
Type or print return address and addressee information in designated area or on label.

**2. PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.

**3. ATTACH LABEL** (Optional)
Remove label backing and affix in designated location.

**4.** Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a collection box **ONLY** if it weighs less than 16 ounces.

PLEASE PRESS FIRMLY    PLEASE PRE





```
U.S. POSTAGE
PAID
HUMBLE TX
JUN 20 05
AMOUNT
$3.85
00023820-04
```

9262    (1980)



From:

BELGRAVE
311 TAFT
CLEVELAND TX, 77327

To: US DISTRICT COURT DELAWARE
PETER T DALLEO, CLERK
LOCKBOX 18
844 KING STREET
WILMINGTON, DE 1801

▸ Complete address information or place label here ▸

## The convenient Flat Rate Envelope.

One low price for fast delivery anywhere in the U.S., regardless of weight, destination or type of mailable material enclosed. Domestic use only.

www.usps.co

www.usps.com/postageonline