IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.),<br><br>Reorganized Debtor. | Chapter 11 Case No. 02-12152 (RB)<br><br>RE: D.I. 5315, 5325, 5332, 5480 |
| MICHAEL BELGRAVE,<br><br>    Appellant,<br><br>v.<br><br>THE PLAN ADMINISTRATOR FOR BRAC GROUP, INC.,<br><br>    Appellee. | Civil Action No. 05-319 (KAJ) |

**THE PLAN ADMINISTRATOR'S RESPONSE TO
MICHAEL BELGRAVE'S PETITION FOR WRIT OF CERTIORARI**

In an abundance of caution, Walker Truesdell & Associates, in its capacity as Plan Administrator (the "Plan Administrator") for BRAC Group, Inc., the Reorganized Debtor, by and through undersigned counsel, respectfully responds (the "Response") to Appellant Michael Belgrave's Petition for Writ of Certiorari (the "Petition") (D.I. 16), filed with this Court on June 23, 2005.

In support of its Response, the Plan Administrator hereby incorporates by reference the representations and arguments contained in the Plan Administrator's other pleadings filed a connection with the present appeal, namely the Plan Administrator's Motion to Stay Mediation Pending Decision on the Plan Administrator's Motion to Dismiss Appeal (D.I. 7), the Plan Administrator's Motion to Dismiss Michael Belgrave's Appeal (D.I. 8), and the Plan

Administrator's Reply to Michael Belgrave's Response to the Plan Administrator's Motion to Dismiss Appeal and Motion to Stay Mediation (D.I. 13).

Furthermore, Belgrave's assertion that this Court has jurisdiction over the Petition pursuant to 28 U.S.C. § 1257(a) is without merit, in that the Order from which Belgrave appeals, the Order approving the Eighteenth Omnibus Objection on December 7, 2004 (A1-9), was entered by the United States Bankruptcy Court for the District of Delaware, *not* a State court.

WHEREFORE, the Plan Administrator respectfully requests (i) that the Petition, to the extent that it requests any relief in addition to that sought by Belgrave through this Appeal, be denied and (ii) such additional relief as the Court deems appropriate.

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
Andrew D. Cordo (I.D. #4534)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

–and–

BROWN RUDNICK BERLACK
ISRAELS LLP
Peter J. Antoszyk
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: June 24, 2005
158858.1

*Counsel to the Plan Administrator*

## CERTIFICATE OF SERVICE

I, Andrew D. Cordo, hereby certify that, on June 24, 2005, I caused one copy of the foregoing **The Plan Administrator's Response to Michael Belgrave's Petition for Writ of Certiorari** to be served upon the persons listed below in the manner indicated.

### BY U.S. MAIL and FEDERAL EXPRESS

Michael Belgrave
311 Taft Av.
Cleveland, TX 77327

Andrew D. Cordo