Case 1:05-cv-00319-KAJ    Document 18    Filed 07/05/2005    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL -5  AM 11: 36

|  |  |
|---|---|
| In re: | : |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), | : Chapter 11 Case No. 02-12152(RB) |
| Reorganized Debtor, | : |
| MICHAEL BELGRAVE, | : |
| Appellant, | : |
| v. | : Civil Action No. 05-319-KAJ |
| THE PLAN ADMINISTRATOR FOR BRAC GROUP INC., | : |
| Appellee. | : |

**ORDER**

At Wilmington this 5th day of July, 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge