OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4955

March 27, 2006

# NOTICE OF DOCKETING OF APPEAL

**In Re: Brac Grp Inc**

**No.: 05-cv-00319**

**Honorable Kent A. Jordan**

An appeal by **Michael Belgrave** was filed in the above-captioned case on **03/16/06,** and docketed in this Court on **03/27/06,** at No. **06-2026**.

Kindly use the Appeals Docket No. **06-2026** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**.  Please notify Case Manager **Chanel R. Graham** at chanel_graham@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**