UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
May 15, 2006
B-113

No. **06-2026**

IN RE: BRAC GROUP INC.

MICHAEL BELGRAVE, Appellant
(District of DE Civil No. 05-cv-00319)

**Present:**   SCIRICA, Chief Judge, RENDELL, and AMBRO, Circuit Judges

1. Motion by Appellee to Summarily Affirm the District Court's Order Dismissing Appeal for Lack of Jurisdiction

/s/ Chanel R. Graham
Chanel R. Graham   267-299-4955
Case Manager

**ORDER**

The foregoing motion by Appellee to summarily affirm the District Court's Order dismissing appeal for lack of jurisdiction is granted.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: September 11, 2006
CRG/cc: Mr. Michael Belgrave
   William P. Bowden, Esq.
   Andrew D. Cordo, Esq.
   Gregory A. Taylor, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on October 24, 2006

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit